**Page 1**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PROGRESSIVE AMERICAN
INSURANCE CO.,

       Plaintiff,

vs.          CASE NO.:  3:16-CV-00116-MCR-EMT

ROBERT WEBSTER,

       Defendant.

---------------------------

DEPOSITION OF RICHARD JOHN SCHIEHL

    Taken by the attorney for the Plaintiff
at Seville Court Reporting, 260 South Tarragona
Street, Suite 160, Pensacola, Florida, on Tuesday,
May 9, 2017, commencing at 10:25 a.m., before
Jo Ann Bryan, Court Reporter and Notary Public.

---

**Page 2**

1             **APPEARANCES**

2

3   **FOR THE PLAINTIFF:**

4        **STEVEN E. GOLDMAN, ESQUIRE**
           Goldman & Hellman
5          233 Harvard Street
           Suite 211
6          Brookline, MA 02446

7

8   **FOR THE DEFENDANT:**

9        **KRIS ELLIOTT, ESQUIRE**
           Elliott Law Firm, P.A.
10         362 Gulf Breeze Parkway
           #118
11         Gulf Breeze, FL 32561

12

13  **ALSO PRESENT:**

14       **ROBERT WEBSTER**

15

16

17

18

19

20

21

22

23
24
25

---

**Page 3**

1         **INDEX OF EXAMINATION**

2              **PAGE**

3  **RICHARD JOHN SCHIEHL**

4   Direct Examination by Mr. Goldman     4

5  CERTIFICATE OF OATH        67

6  CERTIFICATE OF REPORTER      68

7

8

9

10

11

12          **INDEX OF EXHIBITS**

13             **PAGE**

14

15  **PLAINTIFF'S EXHIBITS**

16  1 - Copy of Inspection Report dated
      June 13, 2016 from Schiehl & Associates,
17    LLC        7

18

19

20

21

22

23

24

25

---

**Page 4**

1  WHEREUPON,

2       **RICHARD JOHN SCHIEHL**

3  was called as a witness, and after having been first

4  duly sworn, was deposed and testified as follows:

5       **DIRECT EXAMINATION**

6  **BY MR. GOLDMAN:**

7     Q.  Would you state your name, please.

8     **A.**  **Richard John Schiehl.**

9     Q.  Good morning.  Thank you very much for

10  coming.  My name is Stephen Goldman.  I'm an attorney

11  with the law firm of Goldman & Hellman.  I represent

12  the plaintiff in this declaratory judgment action,

13  Progressive American Insurance Company.  We are here

14  to take your deposition.  Have you had a deposition

15  taken before?

16     **A.**  **Yes, I have.**

17     Q.  Can you tell me approximately on how

18  many occasions?

19     **A.**  **Two dozen maybe.**

20     Q.  So you're guessing -- not guessing, but

21  you're estimating perhaps around 24.

22     **A.**  **Yes.**

23     Q.  That's good enough for you to know the

24  drill.  I ask the questions.  You answer the

25  questions.

**5**

1          Counsel for Mr. Webster is seated to
2    your left.  The court reporter is seated to your
3    right.  I'm across from you.
4          You know the protocol.  In order for me
5    to ask you the questions and for us to get the proper
6    answers, we have to obey certain courtesies to each
7    other.  We can't both speak at the same time.  Do you
8    understand that?
9      **A.    I do.**
10     Q.    So I'm going to ask you to give me the
11   courtesy of not speaking when I'm speaking, and I'm
12   going to do my very best to extend that same courtesy
13   back to you.  If for any reason at any time I fail in
14   that courtesy and begin to speak before you're done, I
15   apologize in advance, and it will be inadvertent.
16         You know that you have to be verbal.
17   You cannot nod your head, you can't shake your head,
18   you can't shrug your shoulders.  You can't do what we
19   do on the street by saying uh-huh or uh-uh.  Do you
20   understand?
21     **A.    I do.**
22     Q.    If per chance you do that, I'm going to
23   prompt you, and I'm going to say is that a yes or is
24   that a no.  Are you with me?
25     **A.    Yes.**

*JO ANN BRYAN COURT REPORTING*

**6**

1      Q.    And I assure you that I mean no
2    disrespect or discourtesy in the event that I do that.
3    It's simply both I and counsel for Mr. Webster want to
4    have a clear and legible transcript.  These little
5    ground rules are intended to insure that we both get
6    what we want.  This is not going to be a long
7    deposition, but if for any reason you want to take a
8    break, all you have to do is say so and we will break.
9    I would only ask one thing, and that is that you not
10   ask for a break in the middle of a question, while the
11   question is pending that is, before you answer it.
12   Are you with me?
13     **A.    Yes.**
14     Q.    What is that in front of you?
15     **A.    This is my file.**
16     Q.    May I look at it?
17     **A.    Yes, you may.  It contains a lot of the**
18   **documents I'm sure you already have, deposition**
19   **transcripts and --**
20     Q.    Well, the only thing I have from you is
21   a two-page report.  I'll call it a report out of
22   courtesy, but that is all I have from you.  Is that
23   all you've produced for counsel?
24     **A.    As far as the documents go, yes.**
25     Q.    You have not produced -- of course, what

*JO ANN BRYAN COURT REPORTING*

**7**

1    I'm referring to, again, is a two-page document which
2    I hope I don't give you offense, but I think I'm
3    dignifying it by referring to it as a report.  It's
4    dated June 13, 2016.  It will be introduced as an
5    exhibit.  Is that the only writing that you have
6    produced and provided to counsel?
7      **A.    Yes, it is.**
8          **(Plaintiff's Exhibit 1 was**
9          **marked and is attached hereto.)**
10   BY MR. GOLDMAN:
11     Q.    You did take photos.
12     **A.    I did.**
13     Q.    Why didn't you produce them?
14     **A.    I wasn't asked for any production.**
15     Q.    All right.  Well, let the record reflect
16   that I am looking at a loose-leaf binder that
17   Mr. Schiehl has brought with him today.  I would
18   estimate that it is at least two inches thick.  It has
19   certainly not been produced to me.  It indicates on
20   the cover -- it's got the caption of the case, a Table
21   of Contents --
22         MR. ELLIOTT:  Lack of production of the
23         photos was an oversight.  We can take care of
24         that immediately.
25         MR. GOLDMAN: It's a little late.

*JO ANN BRYAN COURT REPORTING*

**8**

1          Let the record reflect that at "F" there
2    is the aforesaid June 13, 2016 two-page
3    document.  At "G" there are the previously
4    undisclosed, unproduced photographs that
5    apparently accompanied the Schiehl & Associates
6    report of 6/13/2016.
7          MR. ELLIOTT:  I object.  That was not
8          the case.  We did not get any photos.
9          MR. GOLDMAN:  Who didn't get any photos?
10         MR. ELLIOTT:  I did not get any photos.
11         MR. GOLDMAN:  But your witness has taken
12   photos; is that correct?
13   BY MR. GOLDMAN:
14     Q.    Are the photos at "G" taken by you?
15     **A.    Yes, they are.**
16     Q.    Did you not give them to counsel?
17     **A.    No, I did not.**
18     Q.    Were you asked for them?
19     **A.    No.**
20     Q.    So you just gave your two-page document
21   of 6/13/16, but you didn't provide any photographs?
22     **A.    That's correct.**
23     Q.    Even though you took them?
24     **A.    That's correct.  I've put all of those**
25   **on -- everything in that binder is on a thumb drive**

*JO ANN BRYAN COURT REPORTING*

**9**

1  for you as well that you're welcome to take with you.

2  MR. GOLDMAN:  Counsel, may I take that

3  with me?

4  MR. ELLIOTT:  Absolutely.

5  BY MR. GOLDMAN:

6  Q.  Where is the thumb drive?

7  **A.  Here (Indicating).**

8  Q.  Are you representing that everything in

9  this two-inch thick folder is on this thumb drive that

10  you're about to give me?

11  **A.  No, sir.**

12  Q.  Just the photographs?

13  **A.  No.  I believe the Table of Contents is**

14  **missing.**

15  Q.  So you're telling me that you're about

16  to give me a thumb drive with everything in this

17  two-inch thick binder with the exception of the one

18  page that is marked "Table of Contents."  Is that

19  correct?

20  **A.  I believe that to be correct.  There's**

21  **also some additional documents on the drive.**

22  Q.  But "A" through "S" will be on that

23  thumb drive?

24  **A.  That's correct.**

25  Q.  Every photograph?  There's a lot.

*JO ANN BRYAN COURT REPORTING*

---

**10**

1  **A.  I know every photograph is on the thumb**

2  **drive.**

3  Q.  Just for the record -- hold on.  I'm

4  going to count them.  1, 2, 3, 4, 5, 6, 7, 8, 9, 10,

5  11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,

6  24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,

7  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49,

8  50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62,

9  63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75,

10  76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88,

11  89, 90, 91, 92, 93, 94, 95.  There are 95 photographs

12  here.  Does everybody agree with that?

13  **A.  Yes.**

14  MR. ELLIOTT:  Yes.

15  BY MR. GOLDMAN:

16  Q.  Again, you didn't provide these to

17  Mr. Elliott?

18  **A.  No, I didn't.**

19  Q.  Did Mr. Elliott ask you for them?

20  **A.  No, he did not.**

21  Q.  Did you tell Mr. Elliott that you had

22  95 photographs?

23  **A.  No, I did not.**

24  Q.  Why not?

25  **A.  I performed the task that I was asked to**

*JO ANN BRYAN COURT REPORTING*

---

**11**

1  perform, and I submitted the two-page document.

2  Q.  There's more.  At Exhibit "H" we have 1,

3  2, 3, 4, 5 additional photographs.

4  **A.  No.**

5  MR. ELLIOTT:  We need to clarify.  What

6  is "H"?

7  THE WITNESS:  "H" are photos that

8  demonstrate the waterlines inside and outside

9  of the boat, and they are contained in the 95.

10  BY MR. GOLDMAN:

11  Q.  Why are they separate?  Instead of under

12  Exhibit "G," why are they under separate Exhibit "H"?

13  **A.  For quick reference for myself.**

14  Q.  You're representing to me that the five

15  photographs that are under "H" in your binder are

16  amongst the 95 that are under Exhibit "G"?

17  **A.  I believe that to be correct.**

18  Q.  You believe, but you're not certain?

19  **A.  No, I would have to go through the**

20  **photos to be absolutely sure.**

21  Q.  But you're going to give me these on the

22  thumb drive?

23  **A.  They're all on the thumb drive, yes.**

24  Q.  You're certain?

25  **A.  Yes.**

*JO ANN BRYAN COURT REPORTING*

---

**12**

1  Q.  There are more under "I."

2  **A.  What is --**

3  Q.  We can't both talk at the same time.

4  1, 2, 3, 4, 5, 6, 7, 8.  There are eight

5  additional photographs under "I."  Are those included

6  in the thumb drive material?

7  **A.  What is Section "I"?**

8  Q.  On the Table of Contents?

9  **A.  Yes.**

10  Q.  "G" says "Schiehl & Associates Photos

11  5/12/2016."

12  "H" says "Schiehl & Associates Waterline

13  photos."

14  "I" says "2013 Vessel Photos."

15  We're going to get to "J" which is

16  called "Sinking Photos."  Who took those?

17  **A.  Do you want me to discuss "I"?**

18  Q.  Who took "I"?  Yes.

19  **A.  "I" was provided to me, I believe, by**

20  **counsel.**

21  MR. ELLIOTT:  Or co-counsel.

22  BY MR. GOLDMAN:

23  Q.  Well, the top photo, do you have these

24  on the thumb drive?

25  **A.  Yes, they are.**

*JO ANN BRYAN COURT REPORTING*

---

**13**

1     Q.    Let the record reflect that the very top
2  photograph on "J" is indeed the vessel with what
3  appears to be a dive platform well under water.  Since
4  you didn't come on the scene until at least several
5  months afterwards, someone else took that top
6  photograph that's now in my hand, correct?
7     A.    That's correct.
8     Q.    Do you know who took it?
9     A.    I believe -- his last name is Keegan, I
10 believe.
11    Q.    So Keegan took photographs of the
12 sinking, didn't he?
13    A.    Yes.
14    Q.    Again, you represented to me that
15 everything in this binder is on the thumb drive with
16 the exception of the page that is termed the "Table of
17 Contents."
18    A.    That's correct.
19    Q.    All the photographs, all the pleadings,
20 correct?
21    A.    That's correct.
22          MR. ELLIOTT:  Would you like a copy of
23    the Table of Contents?
24          MR. GOLDMAN:  Yes, that's easily done.
25    Before we go, I will get a copy of the Table of

**14**

1     Contents.  Let's not forget.
2  BY MR. GOLDMAN:
3     Q.    So I can put the entire thing into a
4  binder, and it will be an exact duplicate of what I'm
5  now holding in my left hand which Mr. Schiehl was kind
6  enough and thoughtful enough to bring with him even
7  though he represented on the record that he wasn't
8  asked for it.  Is that correct?
9     A.    That's correct.
10    Q.    All of these photographs and nobody ever
11 asked you for them; is that correct?
12    A.    That's correct.
13    Q.    Where is the thumb drive?
14    A.    (Indicating).
15    Q.    Let the record reflect that the witness
16 has very kindly passed me a thumb drive with a little
17 green thingy at the top.  If it makes it through
18 security at the airport, I will take this back with me
19 to Boston tonight, print it out, and I will try my
20 best -- you wouldn't be willing to part with that
21 (Indicating) and I'll send it back to you?
22    A.    No, sir.
23    Q.    It's yours and counsel never asked you
24 for it, right?  I'm a little incredulous about that.
25 Counsel never asked you for it?  Did counsel know that

**15**

1  you had it?
2     A.    I have no idea.
3     Q.    You never told them about it?
4     A.    You would have to understand the scope
5  of my assignment.
6     Q.    Tell me that.  What was the scope of
7  your assignment?
8     A.    I was asked by counsel to go inspect the
9  boat at Bahia Mar Marina, that it was hauled and
10 blocked, and that the purpose of the inspection --
11 this is prior to my knowledge of any of the
12 circumstances regarding the loss.  I hadn't seen any
13 other documents, period.  All I knew is I was going to
14 look at the boat to render an opinion as to whether or
15 not the machinery space on the boat had been
16 neglected.
17    Q.    Yes.  I noticed that your two-page
18 document is rather limited in its conclusion.  Is
19 there a reason for that?
20    A.    It was limited to the scope of my
21 assignment.
22    Q.    Did you know that there was litigation,
23 that the claim had been denied, and a complaint for
24 declaratory judgment filed when you went to look at
25 the boat?

**16**

1     A.    I don't know.  I don't know of any
2  filings.  I knew that there was an issue with
3  coverage.
4     Q.    I don't know why this is marked
5  Exhibit 3.  It doesn't indicate what -- let's mark
6  it -- since I'm not sure where that exhibit comes
7  from; whereas, with the other things I intend to use,
8  Kris, we do know where the prior exhibit comes from.
9  I have no intention of introducing this as Exhibit 1
10 or 2 today.  My practice is to say here's a document
11 that has been previously marked, and we'll refer to it
12 the way it was previously marked.  But I don't know,
13 unless you want to -- can you remember?  I don't know
14 where that Exhibit 3 comes from.  It may come from --
15          MR. ELLIOTT:  Oh, it was attached to a
16    pleading.
17          MR. GOLDMAN:  So it's going to be -- I
18    don't believe it was an exhibit in the prior
19    depositions so let this be Exhibit 1 today.
20    Mark that as Plaintiff's Exhibit 1 to
21    this deposition.
22 BY MR. GOLDMAN:
23    Q.    Put Exhibit 1 aside because I want to
24 finish the beginnings of this deposition.
25          What do you do for a living?

**17**

1     **A.**    I'm a marine surveyor.

2     **Q.**    What does that entail?  What is a marine

3  surveyor?

4     **A.**    We do inspections on vessels for

5  prospective buyers.  We handle insurance claims,

6  accident investigation.  We coordinate with repair

7  facilities to line up scope of repairs.  There's quite

8  a bit that goes into it.  It covers all aspects.

9     **Q.**    When you say "we," are you referring to

10  Schiehl & Associates, LLC?

11     **A.**    That's correct.

12     **Q.**    How long have you been in business as

13  Schiehl & Associates, LLC?

14     **A.**    As the LLC since 2010.

15     **Q.**    And prior to the LLC?

16     **A.**    Prior to the LLC, I was a contractor

17  with M. J. Schiehl & Associates, my father's marine

18  surveying company.

19     **Q.**    How long have you been in the marine

20  surveying business or profession?

21     **A.**    I started doing contract jobs actually

22  in the 1970s when I was in high school for my father

23  on commercial vessels, tugs, barges, et cetera.  And

24  after college and moving to Kansas City and back down

25  South, I did jobs sporadically for him up until about

**18**

1  1996 or '97.

2     **Q.**    What's your father's name?

3     **A.**    Michael James Schiehl.

4     **Q.**    Is he alive?

5     **A.**    Yes.

6     **Q.**    Is he still working?

7     **A.**    He still owns his company.  He doesn't

8  physically, but, yes, he's still in business.

9     **Q.**    His business is separate from yours?

10     **A.**    That's correct.

11     **Q.**    What's the name of your father's

12  business?

13     **A.**    M. J. Schiehl & Associates,

14  Incorporated.

15     **Q.**    And he is, like you, a marine surveyor,

16  right?

17     **A.**    Yes.

18     **Q.**    Where did you go to college?

19     **A.**    Missouri Institute of Technology.

20     **Q.**    Did you get a degree?

21     **A.**    Yes, a bachelor's in electronic

22  engineering technology.

23     **Q.**    What's the date of that degree?

24     **A.**    1982.

25     **Q.**    Any education beyond the baccalaureate?

**19**

1     **A.**    Nothing that's outside of the scope of

2  the work that I perform.  I've been to multiple

3  training sessions for marine surveying.

4     **Q.**    In answer to my question, the first

5  thing that you seemed to indicate as part of your

6  business was performing what I think we would call

7  condition and valuation or C & D surveys; is that

8  correct?

9     **A.**    That's correct.

10     **Q.**    What is a C & D survey?

11     **A.**    It's a condition and value survey where

12  we -- depending upon the level of the survey, it can

13  be for reinsurance or it can be for a buyer.  We go

14  into the vessel, and we inspect the structure, all the

15  systems, electrical, plumbing, you know, moisture

16  analysis on the decks, the bulkheads, the stringers,

17  and the hull, and we inspect the running gear, the

18  exterior on the engines, and all of the systems on the

19  boat.  It's very, very inclusive.

20     **Q.**    Correct me if I'm wrong, but a C & D

21  survey is rarely, if ever, done at the instruction of

22  the insurer.  It is invariably done at the behest of

23  and on behalf of the buyer or the owner of a vessel in

24  order to obtain insurance coverage.  Do you agree or

25  disagree with that?

**20**

1     **A.**    I disagree.

2     **Q.**    Tell me why.

3     **A.**    We have several insurance companies that

4  we work for that contract us to do periodic

5  inspections on their insured boats without any break

6  in coverage.  They typically keep on top of the

7  condition of the boat.  So they have a cycle.

8  Crittenden Adjustment Company is one of the

9  subsidiaries of one of the companies that we work for

10  where we -- we have a cycle of boats, for instance, in

11  the Orange Beach area and Pensacola area where every

12  five years we'll be assigned to perform the survey as

13  we did five years prior so they can track the

14  condition of the boat.

15     **Q.**    Is the individual who pays for that

16  survey the insured?

17     **A.**    No.

18     **Q.**    You're telling me that you work for

19  marine insurers who pay for C & D surveys for their

20  insureds' vessels?

21     **A.**    That's correct.

22     **Q.**    What are the insuring companies that you

23  say pay for these C & D surveys for their insureds?

24  Give me the names.

25     **A.**    I'm just trying to think.  I get

**21**

1  assignments from them all the time. It's the sister
2  firm to Crittenden Adjustment Company.
3     Q.    That's not an insurance company.
4     A.    No, it's an adjustment company.
5     Q.    Right. So tell me the name of any
6  marine insurer that directs you to obtain C & D
7  surveys and pays you for that?
8     A.    I do it on behalf of the insurer, and I
9  don't know who the insurer is. I go through the
10 brokerage. They hire me, and then the insurer pays me
11 direct, but I don't know the actual insurer because it
12 goes through a holding company. I would have to give
13 you the documents for you to understand.
14    Q.    But your contention is that you are paid
15 by the insurance company, not by the insured?
16    A.    That is the truth, yes.
17    Q.    It's unique then?
18    A.    It is.
19    Q.    You admit that?
20    A.    Yes. There are some that do that
21 though.
22    Q.    And you're privileged to work for them?
23    A.    Yes.
24    Q.    You're telling me here today under oath
25 that you are in the unique circumstances, at least so

*JO ANN BRYAN COURT REPORTING*

**22**

1  far as I'm familiar with, of having the marine
2  insurance company instruct you to and pay you for
3  performing a C & D survey on its insured's vessels?
4     A.    That's correct.
5     Q.    But you can't tell me the name of the
6  insurance company. All you can tell me is it comes
7  through Crittenden. It's not funny.
8     A.    I'm sorry. I can get you the name.
9  I'll have to look in my file. We do 15 or 20 jobs a
10 year. I just can't remember the name off the top of
11 my head.
12    Q.    Are you a member of any professional
13 organization?
14    A.    Yes. I'm a certified marine surveyor
15 with the National Association of Marine Surveyors.
16    Q.    It goes by the acronym of NAMS?
17    A.    That's correct.
18    Q.    Is there another one that you're
19 familiar with?
20    A.    Yes. I'm also an accredited marine
21 surveyor with the Society of Surveyors, the SAMS
22 organization.
23    MR. GOLDMAN: The acronym that you just
24 indicated, for the benefit of the court
25 reporter, is SAMS, S-A-M-S, all caps.

*JO ANN BRYAN COURT REPORTING*

**23**

1  BY MR. GOLDMAN:
2     Q.    How long have you been a member of SAMS?
3     A.    A little over two years.
4     Q.    Can you give me the names of any
5  insurance companies that you work for?
6     A.    Yes, Chubb, and we've done a lot of work
7  for Markel and I used to do a lot of work for BoatUS.
8  I haven't had a claim from them in awhile. There's a
9  number of companies.
10    Q.    But you remember Chubb, Markel, and you
11 believe you used to work for BoatUS?
12    A.    That's correct.
13    Q.    When was your last assignment from a
14 marine insurance company?
15    A.    I would say about a week ago.
16    Q.    What was that company?
17    A.    That came from Crittenden Adjustment
18 Company.
19    Q.    You wouldn't know the name of the
20 insurance company?
21    A.    Yes, I have all of that in my files
22 here.
23    Q.    How long have you known counsel? How
24 long have you known Mr. Elliott?
25    A.    2005, 2006?

*JO ANN BRYAN COURT REPORTING*

**24**

1     Q.    He can't answer your questions.
2     A.    I don't know. Roughly 10 to 12 years.
3     Q.    How did you come to know Mr. Elliott?
4     A.    Mr. Elliott had contacted me about a
5  Jones Act case with a personal injury on a parasail
6  operation.
7     Q.    Was that the first opportunity you've
8  had to work with or for Mr. Elliott?
9     A.    Yes.
10    Q.    And that was about 12 years ago?
11    A.    Roughly 10 to 12.
12    Q.    Assuming it was 2005. I'm not going to
13 hold you to that. Correct?
14    A.    Correct.
15    Q.    Can you tell me your best approximation
16 of how many matters or occasions you've had to work
17 with Mr. Elliott since that initial assignment back in
18 2005?
19    A.    At least one other.
20    Q.    What was that one other?
21    A.    That was a lawsuit between an insured
22 and the insurance company on the coverage issue.
23    Q.    Did you bring a C.V. with you by any
24 chance today?
25    A.    No, I didn't.

*JO ANN BRYAN COURT REPORTING*

**25**

1    Q.    Do you remember when you were first
2  contacted by counsel in connection with this matter?
3    A.    It would have been very shortly before
4  our inspection.
5    Q.    Which occurred on May 12th of '16?
6    A.    That's correct.
7    Q.    Were you provided with any documents or
8  materials by Mr. Elliott in order to facilitate or
9  assist you in your May 12th, 2016 inspection of this
10  vessel?
11    A.    No.
12    Q.    You have nothing?
13    A.    That's correct.
14    Q.    And I believe the inspection took place
15  at the premises of Bahia Mar Marina, correct?
16    A.    Yes.
17    Q.    Would you take the document, please,
18  that's been marked as Exhibit 1.  This two-pager is
19  the sum and substance of the report that you
20  generated; is that correct?
21    A.    That's correct.
22    Q.    This is all that you gave counsel?
23    A.    Yes.
24    Q.    You did not provide him with a single
25  photograph?

**26**

1    A.    That's correct.
2    Q.    Was there any exchange of emails between
3  yourself and counsel?
4    A.    I don't recall outside of scheduling.
5  I'd have to check my records.  I would still have them
6  on my computer.
7    Q.    You would agree with me there are no
8  emails in the two-inch thick binder that you kindly
9  brought with you and which you have represented is
10  completely on that nice little thumb drive that you
11  provided me with the exception of the Table of
12  Contents?
13    A.    That's correct.
14    Q.    Let's look at Exhibit 1, and we'll go
15  through it.  And since it is only two pages, that is
16  not going to take a lot of time.
17         It is, as you said, dated -- well, it's
18  dated June 13th, correct?
19    A.    Correct.
20    Q.    And it encompasses the inspection that
21  you performed a whole month earlier, right?  The
22  inspection was done on May 12th of 2016, correct?
23    A.    That's correct.
24    Q.    Why did it take you a month to prepare
25  two pages?

**27**

1    A.    Just working it into the schedule and
2  based on when Mr. Elliott needed the document.
3    Q.    You were busy?
4    A.    Yes.
5    Q.    And Mr. Elliott didn't tell you he
6  wanted it right away?
7    A.    That's correct.
8    Q.    It says "Scope of Assignment:  Determine
9  the general condition of vessel prior to date of
10  loss," correct?
11    A.    Correct.
12    Q.    Now, I note that nowhere on here do you
13  reach a conclusion about why the vessel sank, and that
14  is not part of the scope of your assignment either.
15  Correct again?
16    A.    That's correct.
17    Q.    You were never asked to determine why
18  Mr. Keegan came out on the night of the incident and
19  found this vessel sunk at the dock, correct?  You were
20  never asked to reach a determination about why that
21  was so?
22    A.    Correct.
23    Q.    As you sit here today, you have never
24  provided counsel with any type of conclusion or
25  opinion about why this vessel sank at the dock?

**28**

1         MR. ELLIOTT:  Object to the form.
2  BY MR. GOLDMAN:
3    Q.    Correct?
4    A.    I have.
5    Q.    You have?  Where is it?
6    A.    Verbally.
7    Q.    What have you told him?
8    A.    I told him that the only possible way
9  that that boat sank was the back siphon from the sump
10  that was placed on the boat.
11    Q.    And that's because of -- I mean, what
12  facts do you rely on to reach that conclusion?
13    A.    I'm relying on the photographs that were
14  provided by all of the parties to date and the
15  photographs that I took for the position of the
16  waterlines on the vessel.  The vessel was listing to
17  starboard.  So it was a little deeper down on the
18  starboard side.  The waterlines are well below any
19  hull penetration that would allow the water to
20  backfill into the engine compartment.  So there's
21  absolutely no way that the gradual lessening of
22  freeboard on the boat due to water being trapped in
23  the engine compartment resulted in the sinking of the
24  boat.
25    Q.    And what was it that resulted in the

**29**

1  water being there in the first place so that the
2  vessel was listing?
3      **A.    It could have come from a leaking rudder**
4  **gland. It's not uncommon for the hex adjustable**
5  **glands to leak or weep and --**
6      Q.    Rain?
7      **A.    I don't know about the rain. I mean,**
8  **when I looked at the boat, I didn't see a method for**
9  **rain accumulation to take place.**
10      Q.    Do you have any opinion about how long
11  it took for this water that was there when Keegan
12  found it listing -- how long it took for this water to
13  accumulate?
14      **A.    I know that it happened over a period of**
15  **time due to the benchmarks of the waterlines.**
16      Q.    What was that period of time?
17      **A.    I can't determine that.**
18      Q.    But it's a period of time, correct, not
19  a day or two?
20      **A.    That's correct.**
21      Q.    It's a lengthy period of time that this
22  water that was there causing the original list took to
23  accumulate?
24      MR. ELLIOTT:  Object to the form.
25  BY MR. GOLDMAN:

**30**

1      Q.    Correct?
2      **A.    That's what it looks like to me, yes.**
3      Q.    Very good.
4      Let's go through this. You told counsel
5  that verbally, correct?
6      **A.    Yes.**
7      Q.    You never put it in writing. Why not?
8      **A.    I didn't have any of this information**
9  **until just recently. I didn't have documents that --**
10      Q.    You didn't have the Godard survey?
11      **A.    Well, I did have that, but --**
12      Q.    His conclusions are rather different
13  from yours, aren't they?
14      **A.    Yes, they are.**
15      Q.    Can you account for that?
16      **A.    Yes. His conclusions are not accurate.**
17      Q.    Okay. Very good.
18      What makes you say that?
19      **A.    Because of the conclusion in his report**
20  **that -- he says with, you know, almost no doubt the**
21  **vessel sank due to lack of maintenance, and it did**
22  **not.**
23      Q.    But he also finds that the vessel was
24  listing for the same reason you do, because of the
25  accumulation of water over a period of time, correct?

**31**

1      **A.    Correct.**
2      Q.    That's why the need for the sump pump
3  arises, because the vessel is listing, because water
4  has been accumulating over a period of time.
5      MR. ELLIOTT:  Object to the form.
6  BY MR. GOLDMAN:
7      Q.    Correct?
8      MR. ELLIOTT:  Object to form.
9  BY MR. GOLDMAN:
10      Q.    Yes? Just say yes. Answer the
11  question.
12      MR. ELLIOTT:  Objection.
13      **A.    I'm going to answer your question. I'm**
14  **going to tell you that the accumulated water did not**
15  **result in the sinking. It did lead to the need for a**
16  **sump to be placed on a boat to --**
17  BY MR. GOLDMAN:
18      Q.    That's what I am saying. But like you,
19  Mr. Godard concludes that the water is accumulating
20  over a period of time necessitating the introduction
21  of a sump pump, correct?
22      **A.    Well, Mr. Godard states that the**
23  **accumulation of water finally overcame the ability of**
24  **the vessel to float, and that's what the cause of the**
25  **loss was. I disagree. The proximate cause of the**

**32**

1  **loss was the sump --**
2      Q.    That's a legal conclusion. What I am
3  getting at is you agree with him that there's a slow
4  accumulation of water over a period of time, and
5  that's why the vessel is listing when Keegan comes out
6  to see it, correct?
7      MR. ELLIOTT:  Objection to the form.
8      **A.    Yes.**
9  BY MR. GOLDMAN:
10      Q.    Thank you.
11      The proximate cause, sir, is a legal
12  conclusion that the Court will reach, not a
13      **A.    The proximate cause is determined by**
14  **surveyors on every assignment.**
15      MR. GOLDMAN:  Move to strike.
16  BY MR. GOLDMAN:
17      Q.    Where did you come up with this
18  information about the use of a sump pump? Did you
19  observe it?
20      **A.    Actually when I was on the boat --**
21      Q.    Did you observe the sump pump being used
22  on the night of the incident?
23      **A.    No.**
24      Q.    You were told it was used by a gentleman
25  named Keegan, correct?

---

**33**

1  **A.   Correct, and --**

2  Q.   And Keegan told you about how he used

3  it, correct?

4  **A.   You interrupted my answer.**

5  Q.   I'm sorry.  I apologize.

6  **A.   And it's in the photo provided by**

7  **Mr. Keegan.  You can see the discharge hose from the**

8  **sump.**

9  Q.   Very good.

10  When you went on the boat over two

11  months later, that's when you saw the pump?

12  **A.   No.**

13  Q.   When did you -- you didn't go on the

14  boat until May 12th.  The incident occurs in early

15  February.

16  **A.   I didn't see the physical pump.  I told**

17  **you I saw the hose, the discharge hose from the sump,**

18  **laid up over the gunnel of the boat in the cockpit in**

19  **the photo of the vessel submerged.**

20  Q.   One thing that I noticed is missing from

21  your two-inch thick binder is something that was

22  introduced into evidence in this case, and that is the

23  claim notes from Progressive.  Have you ever seen

24  those?

25  **A.   No, I have not.**

*JO ANN BRYAN COURT REPORTING*

---

**34**

1  Q.   You haven't had a chance to read them,

2  correct?

3  **A.   I haven't seen them.**

4  Q.   Did anybody make you aware of the fact

5  that both Keegan and Webster spoke with adjusters and

6  other individuals at Progressive and that those

7  conversations were recorded?  Anybody tell you that?

8  Anybody make you aware of that fact?

9  **A.   I read it yesterday in the depositions.**

10  Q.   But you have not had occasion to look at

11  the transcripts --

12  **A.   No.**

13  Q.   -- that have been prepared or are being

14  prepared of those conversations, correct?

15  **A.   That's correct.**

16  Q.   Have you noticed that there seem to be

17  subtle and some not so subtle differences between what

18  Webster and Keegan assert under oath in their

19  depositions and what is contained in the claim notes?

20  Have you noticed that?

21  MR. ELLIOTT:  Objection to the form.

22  **A.   I don't know what's contained in the**

23  **claim notes.  I saw basically the insinuation of that**

24  **in the depositions.**

25  BY MR. GOLDMAN:

*JO ANN BRYAN COURT REPORTING*

---

**35**

1  Q.   You did see that?

2  **A.   Yes.**

3  Q.   Do you think that might be important to

4  your conclusion?  Do you think that might change your

5  conclusion?

6  **A.   No.**

7  Q.   Even if you find that these gentlemen

8  gave a completely different version of their stories

9  in the recorded conversations to Progressive as

10  opposed to what they said or might even have told you?

11  MR. ELLIOTT:  Object to the form.

12  BY MR. GOLDMAN:

13  Q.   What they said in deposition or might

14  even have told you.

15  **A.   No.**

16  Q.   It wouldn't change anything you have to

17  say?

18  **A.   No.  Mine is based on Mr. Godard's**

19  **report and the photographs and the evidence that I**

20  **witnessed when I was at the boat.**

21  Q.   On the first page of your inspection

22  report, again, you give a description of the vessel.

23  There's the heading, "Background:  The subject vessel

24  was reportedly moored at a friend's dock where it's

25  been for an extended period of time."

*JO ANN BRYAN COURT REPORTING*

---

**36**

1  Define "extended period of time."  What

2  did they tell you?

3  **A.   I wasn't aware of the actual period of**

4  **time.  It had been there for a while.  I picked up**

5  **about a year and a half in the depositions.**

6  Q.   Did you see -- your photographs depict

7  the condition of the vessel, especially the condition

8  of the vessel below the waterline, barnacles, oysters,

9  et cetera.  Did that indicate anything to you about

10  the length of time that it was tied up and not used?

11  **A.   I don't really -- I'm not that familiar**

12  **with the bodies of water to tell you how fast the**

13  **marine growth accumulates on the running gear.**

14  Q.   Well, it doesn't accumulate overnight,

15  does it?  It doesn't accumulate over a matter of days,

16  does it?

17  **A.   No.**

18  Q.   It doesn't accumulate over a matter

19  weeks, does it?

20  **A.   Well, it will to some degree, but not to**

21  **that degree.**

22  Q.   Not to the degree that you observed.  In

23  fact, did you read anything in the deposition of -- in

24  Keegan's deposition indicating how long that vessel

25  was tied up at the rear of his home without being

*JO ANN BRYAN COURT REPORTING*

---

**37**

1  navigated?  You know, the engines turned on, but not
2  being navigated.  Did you read anything in the Keegan
3  deposition that you recall here this morning?
4      **A.**  **I believe Mr. Keegan stated that he had**
5  **operated the vessel once during that --**
6      Q.  Keegan never operated the vessel.  He
7  turned the engines on.
8          MR. ELLIOTT:  Object to the form.
9  BY MR. GOLDMAN:
10      Q.  Now, do you want to answer the question?
11      **A.**  **I believe Mr. Keegan said that he**
12  **operated the vessel on one occasion.**
13      Q.  Assuming that he did, do you remember
14  when that was?
15      **A.**  **I believe he said it was shortly after**
16  **the vessel was brought there.**
17      Q.  And when was that?
18      **A.**  **Approximately a year and a half prior to**
19  **loss.**
20      Q.  So there's at least a year and a half
21  that the vessel is tied up behind Keegan's home and
22  not being operated, correct?
23      **A.**  **That's correct.**
24      Q.  And wouldn't that make sense then,
25  that's how long it's been there with the barnacles and

**38**

1  the oysters and other stuff?  That's my New Orleans
2  pronunciation.  I went to law school at Tulane.  The
3  barnacles and the oysters are being allowed to
4  accumulate?
5      **A.**  **I grew up in New Orleans and we never**
6  **said oysters like that.**
7          MR. GOLDMAN:  Off the record.
8          (Discussion off the record.)
9  BY MR. GOLDMAN:
10      Q.  So it's a good long time that the vessel
11  is just tied up back there, not being taken out, not
12  being operated, and in that period of time we see the
13  consequences of what you referred to as the running
14  gear.  Do we not?
15      **A.**  **You see the accumulation of marine**
16  **growth, yes.**
17      Q.  Very good.
18          "At some future time the vessel was
19  reported to be found partially submerged."  That's a
20  future time prior to February of 2016, isn't it?
21  Wasn't there another occasion that Keegan testified to
22  where he was forced to resort to using the sump pump
23  to pump out water that he encountered in his friend's
24  vessel?
25      **A.**  **That's not what I'm referring to in my**

**39**

1  report, but --
2      Q.  But there was such a time.
3      **A.**  **I read that in the deposition.**
4      Q.  Do you think that meant that the bilge
5  pumps might not have been working properly?
6      **A.**  **If I recall in the depositions, they**
7  **weren't at that time, but they were repaired by**
8  **Mr. Keegan and subsequently operational after that**
9  **incident.**
10      Q.  Do you think it's possible that the
11  bilge pumps weren't working properly on the night of
12  the incident that's the subject of this lawsuit just
13  like that prior incident?
14      **A.**  **Yes.**
15      Q.  Do you know why they weren't working?
16      **A.**  **No.**
17      Q.  But you'll agree with me that this
18  vessel's bilge pumps were not working on -- someone
19  correct me if I'm wrong -- February 3rd, February 4th,
20  whatever the date of the incident giving rise to this
21  claim was.  His bilge pumps weren't functioning?
22          MR. ELLIOTT:  Object to the form.
23      **A.**  **It's got multiple bilge pumps, so I**
24  **agree that the aft bilge pump was not operating.**
25  BY MR. GOLDMAN:

**40**

1      Q.  Again, did you perform an inspection to
2  find out why?  That wasn't within the scope of your
3  assignment even, was it?
4      **A.**  **We had no power on the boat to make that**
5  **determination.**
6      Q.  And you made no effort to get power up
7  so you could see why this vessel's bilge pump was not
8  working on the night of the incident?
9      **A.**  **No.**
10      Q.  You made no effort?
11      **A.**  **No.**
12      Q.  Okay.  So there had been at least one
13  prior occasion where the bilge pumps weren't working
14  and the testimony -- or you were told that that was
15  repaired, correct?  This prior occasion that's not --
16      **A.**  **I wasn't told that.**
17      Q.  -- the subject of the suit.
18      **A.**  **I wasn't told that.  I read that in the**
19  **depositions.**
20      Q.  You read it in the depositions.  You
21  also read in the depositions and you have no reason
22  not to believe that they weren't working on the night
23  of the incident giving rise to the claim, correct?
24      **A.**  **Correct.**
25          MR. ELLIOTT:  Objection.

**41**

BY MR. GOLDMAN:

Q.    And that's why Keegan comes out and finds the vessel listing because the bilge pumps aren't working, correct?

MR. ELLIOTT:  Objection.

A.    **Correct.**

BY MR. GOLDMAN:

Q.    And just like the prior occasion Keegan has to put the sump pump in, correct?

A.    **That's what he stated.**

Q.    That's what he stated.  And then he went away.  The sump pump goes in sometime in the afternoon, correct?

A.    **I don't know what time it went in.**

Q.    It goes in sometime in the afternoon or early evening according to his testimony, correct?  Is that what you recall?

A.    **Yes.**

Q.    And then he comes back out after he wakes up from his snooze.  I think he said it's about 10:30 at night, and he finds the vessel sunk, quasi sunk, or whatever condition it was in, correct?

A.    **Correct.**

Q.    And he calls his pal.  He calls Webster up, and he says, hey -- to paraphrase -- we've got us

*JO ANN BRYAN COURT REPORTING*

**42**

a problem, right?  Paraphrasing.

A.    **I believe that's what he said in his deposition, yes.**

Q.    You've been assuming that you are correct which I don't for a moment -- it's seriously entertaining.  If there's some -- what did you call it, backing up of the sump pump?  What did you say the sump pump did?  It pumped in instead of out?

A.    **No.  If the sump is laying down at the bottom of the bilge, the sump pump is -- it's got a discharge hose that's laying over the gunnel.  If the output end of that discharge hose is higher than the sump pump, and the sump pump loses power -- it's already got water in there because it's been pumping water out.**

Q.    Why would the sump pump lose power?

A.    **Because the GFCI outlet tripped at the dock.**

Q.    That happened, too, right?

A.    **That's what it says in the depositions.**

Q.    That's what Keegan said?

A.    **Yes.**

Q.    Of course, the sump pump is only there in a condition or in position to sink this vessel because of a loss of power as you would have it

*JO ANN BRYAN COURT REPORTING*

**43**

because the bilge pumps aren't working, right?

A.    **The bilge pumps are not the proximate cause of loss.**

Q.    That's not my question.  Isn't it there because the -- the sump pump is brought on board because the bilge pumps isn't working, correct?

MR. ELLIOTT:  Objection.

A.    **No.**

BY MR. GOLDMAN:

Q.    Why is the sump pump brought on board?

A.    **The sump pump is brought on board because there was water in that compartment and the bilge pumps weren't working.**

Q.    Okay.  The water is in the compartment, sir, because the bilge pump isn't pumping it out.

A.    **That's accurate.**

Q.    The bilge pump is not working, correct?

A.    **Correct.**

Q.    Is a vessel seaworthy that has a nonfunctioning bilge pump?

A.    **It depends on your definition of seaworthy.**

Q.    Oh, you have a different definition than the one you see in ten thousand cases that are in my office?

*JO ANN BRYAN COURT REPORTING*

**44**

MR. ELLIOTT:  Objection.

A.    **Would you like for me to elaborate?**

BY MR. GOLDMAN:

Q.    Yes.

A.    **It's not uncommon to find inoperable bilge pumps.  I would say probably a third or more of the boats that we do prepurchase surveys on at least one bilge pump is not operating in some fashion or another.**

Q.    And you find it absolutely critical to report that to the underwriter, don't you?

A.    **We do report it.**

Q.    Why would an underwriter want to know if the vessel he's about to insure doesn't have a functioning bilge pump?  Why would the underwriter want to know that?

A.    **Because it needs to be repaired.**

Q.    Because the underwriter wants to make absolutely sure that his warranty of seaworthiness at the inception is complied with, right?

MR. ELLIOTT:  Objection.

A.    **I don't agree with the seaworthy termination that is described in Progressive's policy.  Under their definition, anything can be labeled as making it not seaworthy.  Anything that's not to their**

*JO ANN BRYAN COURT REPORTING*

**45**

1   satisfaction or perfection.  But a bilge pump should
2   be repaired.  Does one know that a bilge pump is not
3   working?  Not unless you see --
4   BY MR. GOLDMAN:
5        Q.      Do any of the insurance companies -- any
6   marine insurance company that you work for -- you
7   named Markel, for example, an old client of mine.  Do
8   you know if they would insure a vessel with a
9   nonfunctioning bilge pump?
10       A.      Most of them do.  They give a 30- to
11  90-day --
12       Q.      To repair it, right?  To get it
13  functioning?
14       A.      Yes.
15       Q.      They issue a policy subject to something
16  like -- a letter of compliance I think it's called,
17  correct?
18       A.      That's correct.
19       Q.      And if that letter of compliance doesn't
20  come in on day 31, they cancel the policy, don't they?
21       A.      Typically, yes.
22       Q.      Because the vessel is not seaworthy,
23  correct?
24       A.      Because it has a deficiency that they
25  would like corrected.

**46**

1        Q.      Oh, you want to parse terms with me?
2   The vessel is not seaworthy, correct?  That's why the
3   underwriter then rejects the policy.
4        MR. ELLIOTT:  Objection.
5        A.      I don't agree.
6   BY MR. GOLDMAN:
7        Q.      Are you an underwriter?
8        A.      No.
9        Q.      You're a surveyor?
10       A.      Yes.
11       Q.      And you're a surveyor for this fellow
12  sitting right here.  That's why you don't agree,
13  right?
14       MR. ELLIOTT:  Objection.
15       A.      No.  I don't agree because a bilge pump
16  is not meant to keep a boat afloat.  A bilge pump is
17  meant to remove casual water.
18  BY MR. GOLDMAN:
19       Q.      I agree.  No vessel sinks just because
20  the bilge pump isn't working.  It sinks because the
21  water is there, right?
22       A.      Correct.
23       Q.      It's the water that sinks the vessel.
24       A.      Yes.
25       Q.      But the bilge pump not working is an

**47**

1   unseaworthy condition.  Do you know how many cases say
2   that?
3        A.      I'm sure that they do.
4        Q.      Thousands.  Okay.
5        So we have at least one occasion prior
6   to the night of the sinking where these fellows know
7   that they've got a bilge pump problem, correct?
8        A.      Correct, and it was corrected.
9        Q.      That's what they say.  Look at your findings
10  on Page 2.  "The subject vessel was surveyed, hauled,
11  ad blocked at Bahia Mar --" you talk about what you
12  did, and you said you found no evidence of sinking
13  related to lack of maintenance, right?
14       A.      That's correct.
15       MR. GOLDMAN:  Kris, we're not going to
16  mark this.
17  BY MR. GOLDMAN:
18       Q.      I just handed you a document that was
19  marked as Defendant's Exhibit 2 at the deposition of
20  Mr. Godard.  It is the Godard report dated March 9,
21  2016 which I think you have seen before.
22       A.      Yes.
23       Q.      Look at Page 1.  There are ten separate
24  findings that Mr. Godard says indicate lack of use and
25  maintenance.  Do you see those?

**48**

1        A.      I do.
2        Q.      Did you find all of these or any of
3   these on your inspection which took place two months
4   later?  For example -- let's go through them.
5        Number one, "Faded, chalky, and dirty
6   exterior gel coat surfaces, including deck and cockpit
7   areas."
8        Did you find any evidence of number one?
9        A.      Not related to the claim.
10       Q.      I'm not asking you if it was related to
11  the claim.  He doesn't relate it directly to the claim
12  either.
13       Did you find the same situation that
14  appears here as paragraph number one?
15       A.      Yes.  Mr. Webster says he was replacing
16  the upholstery.
17       Q.      Do you want to answer my questions and
18  not start playing defense attorney?
19       Did you find the same situation that we
20  see in paragraph one?
21       A.      On item one, yes.
22       Q.      You want to argue terms with me?  Okay.
23  We'll call it item one.  You found -- what is here in
24  item one you observed also?
25       A.      Yes.

**49**

1    Q.    Let's look at item two, "Significant
2    marine growth, large oysters --" I'll drop my New
3    Orleans pronunciation "-- large oysters and barnacles
4    on most underwater metal surfaces, including the
5    propellers, rudders, shafts, struts, trim tab planes,
6    and through-hull fittings."
7          Did you observe that same condition?
8    A.    Yes.
9    Q.    Item three states, "In the cockpit the
10   upholstery and cushions are deteriorated.  The fabric
11   is rotted and split in places.  Mildew is evident on
12   most cushions.  The aft cockpit seat brackets are
13   missing."
14         Did you observe that same condition?
15   A.    Yes.
16   Q.    Item four states "The cockpit canvas
17   covers (navy top and aft enclosures) are gone.  Some
18   of the fabric, framework/zippers are still in place
19   however."
20         Did you observe that?
21   A.    Yes.
22   Q.    Item five, "It appears the vessel was
23   fitted with a cockpit refrigerator which is gone.  The
24   hole for the unit was filled with automotive jumper
25   cables, rope, and other gear."

**50**

1          Did you observe that?
2    A.    I observed the removed assumed
3    refrigerator.  I don't recall what was stored in that
4    area.
5    Q.    Very good.  Thank you.
6          Number six, item six, "The engine
7    cooling seawater intake grates were obstructed by
8    marine growth."
9          Did you observe that?
10   A.    Partial obstruction, yes.
11   Q.    Item seven, "On the swim platform
12   unrepaired fiberglass damage was noted in several
13   areas.  Damage at the cleats on the platform was
14   noted.  It is not known if these cleats were used for
15   docking and/or mooring.  The fiberglass damage is an
16   indication of weakening of the fiberglass."
17         Did you observe that?
18   A.    I did, but I don't agree with everything
19   in that statement.
20   Q.    What portion of that statement do you
21   disagree with, sir?
22   A.    Well, of course, he doesn't know if the
23   cleats were used for mooring or not, but --
24   Q.    He says that.
25   A.    Right.  As far as the fiberglass damage

**51**

1    is a weakening of the fiberglass, I would disagree and
2    say that the stress that was noted on the swim
3    platform was caused by a collision with a piling or
4    bumping into a dock, et cetera.
5    Q.    Item eight, "It appears that the vessel
6    was fitted with an electronic navigation aid (there
7    was cover for a "Furuno" instrument at the helm), but
8    it was replaced with a block of wood."
9          Did you observe that condition?
10   A.    Yes.
11   Q.    Number nine says, "The generator had
12   been partially dismantled.  The engine cylinder head
13   had been removed and the piston was exposed."
14         Did you observe that?
15   A.    I did not.  I believe the head had been
16   placed back on the generator when I looked at it.
17   Q.    Do you know who did that?
18   A.    No.
19   Q.    And last, number 10, "The port engine
20   was not fitted with a serpentine belt.  There were
21   three deteriorated or damaged serpentine belts in the
22   cockpit area, and an engine idler pulley was noted in
23   the cabin."
24         Did you observe that?
25   A.    No, I did not.  I did not observe the

**52**

1    engine idler pulley, and the port engine had a
2    serpentine belt in place.
3    Q.    At the top of Page 2, Mr. Godard says,
4    "Evidence on the exterior of the vessel suggests that
5    the vessel gradually took on water over a long period
6    of time --"
7          Now, you agree with that.
8    A.    Over a period of time.  I don't know
9    what length.
10   Q.    "-- until submersion resulted."
11   A.    I disagree.
12   Q.    For the reasons that you indicated, you
13   don't think -- well, why was it submerged when Keegan
14   came out and saw it?  That's prior to his use of the
15   sump pump.  So the vessel is submerged when Keegan
16   comes out and sees it, correct?
17   A.    No.
18   Q.    Oh, it's listing, correct?
19   A.    Correct.
20   Q.    It's taking on water.  It would have
21   submerged but for the intervention of Mr. Keegan,
22   correct?
23   A.    I can't say that for sure.
24   Q.    Well, it hadn't been listing to the best
25   observance or observation of Mr. Keegan before the

53

1  night of the incident, correct?
2      MR. ELLIOTT:  Objection.
3      **A.    I don't know.**
4  BY MR. GOLDMAN:
5      Q.    You don't know if he had occasion to
6  examine it, inspect it, or look at it before the night
7  of the claim?
8      **A.    That's correct.**
9      Q.    It may have been slowly listing over
10  this lengthy period of time that it was taking on
11  water externally, correct?
12      MR. ELLIOTT:  Objection.
13      **A.    That's what it appears.**
14  BY MR. GOLDMAN:
15      Q.    And then he goes on to say, "Evidence to
16  support this includes --" there are three reasons that
17  Godard enumerates, correct?
18      **A.    Yes.**
19      Q.    Conclusion number one, "The vessel does
20  have antifouling bottom paint.  At the stern of the
21  vessel, however, staining of the gel coat above the
22  bottom paint indicates a gradual accumulation of
23  water."  You agree with that?
24      **A.    Yes, I do.**
25      Q.    Conclusion two, "Along with the stains

54

1  large barnacles are growing above the bottom paint as
2  well."
3          What does that indicate, that barnacles
4  are growing above the bottom paint?  Doesn't that
5  indicate that something is pulling that vessel down so
6  that barnacles are growing, accumulating above the
7  bottom paint?
8      **A.    That's correct.**
9      Q.    So the vessel is -- I won't say -- I'll
10  use the word "sinking" advisedly.  So the vessel is
11  sinking lower and lower into the water, lower than
12  it's intended to, such that barnacles are growing
13  above the bottom paint line.
14      **A.    That's correct.**
15      Q.    Why is that happening?
16      MR. ELLIOTT:  Objection.
17      **A.    Because it has been taking on water and**
18  **it's sitting lower than it typically would.**
19  BY MR. GOLDMAN:
20      Q.    It's been taking on water for this
21  period of time that we've been discussing, right?
22      **A.    For a period of time, yes.**
23      Q.    A period of -- we've agreed more than
24  weeks, at least months, correct?
25      **A.    I don't know.**

55

1      Q.    "These barnacles are just above the
2  bottom paint --" as I was reading "-- while the
3  staining continues above the barnacles.  Again, this
4  is an indication that the area just above the bottom
5  paint has been submerged for a longer period of time
6  than the area above, confirming a gradual accumulation
7  of water."
8          You've already said you agree with that.
9      **A.    Yes.**
10      Q.    And then item number three, "In the
11  machinery space stains on the bulkheads and other
12  (formerly white) areas show distinctive stain lines.
13  The bilge is covered with what appears to be slime.
14  Again, from water standing in the bilge for an
15  extended period of time."
16          Agree or disagree?
17      **A.    I disagree with a portion of that.  I**
18  **did witness and photograph the waterlines that show**
19  **what I call benchmarks in the engine compartment, but**
20  **I did not observe slime.  There was --**
21      Q.    Godard did.
22      **A.    There was quite a bit of water in there**
23  **with oil.**
24      Q.    Godard observed slime two months before
25  you had occasion to look at the vessel, correct?

56

1      **A.    I assumed it was oil.**
2      Q.    Oh, so you think Godard mistook slime
3  for oil?
4      **A.    I would think so.  I mean, all the oil**
5  **is displaced out of the engine and is laying across**
6  **the bottom of the bilge.**
7      Q.    You don't think it's possible that
8  somebody wiped up the slime in the two months between
9  Godard's inspection and yours?
10      MR. ELLIOTT:  Objection.
11      **A.    I have no idea.**
12  BY MR. GOLDMAN:
13      Q.    Godard says slime though, doesn't he?
14      **A.    He does, yes.**
15      Q.    And he talks about that extended period
16  of time, again, doesn't he?
17      **A.    He does.**
18      Q.    And you don't disagree with that.
19  Again, water is there for an extended period of time
20  in the bilge.
21      **A.    Yes.**
22      MR. ELLIOTT:  Objection.
23  BY MR. GOLDMAN:
24      Q.    He goes on to say, "The vessel does
25  appear to have been fitted with automatic bilge pumps,

**57**

1 but it's not known if they were in operating order."

2     Again, we all agree that there was a

3 prior incident where the vessel's bilge doesn't work,

4 and it's allegedly repaired, correct?

5     **A.    Correct.**

6     Q.    And we know the bilge is not working on

7 the night of this incident giving rise to this claim,

8 correct?

9     **A.    It would appear that way, yes.**

10     Q.    Now, what about this?  "Inspection of

11 the battery terminals on all three batteries reveals

12 essentially no deterioration of the terminals."  He

13 goes on to say, "This is an indication of discharged

14 state.  The batteries were all dead."

15     Agreed?  That's the inference from the

16 batteries all being observed in a discharged state.

17 They're dead.  They were dead.

18     **A.    I don't agree.  There is some damage,**

19 **some light pitting damage on the positive terminals**

20 **which tells me that it did have some amount of charge.**

21 **I don't know how much.  And, also, the batteries had**

22 **been cleaned prior to Mr. Godard's survey and prior to**

23 **my survey.  The photographs show evidence of that.**

24     Q.    Regardless of this, however -- again,

25 I'm sorry to be so repetitive -- they weren't working

**58**

1 on the night of the incident.

2     MR. ELLIOTT:  Objection.

3     **A.    The bilge pump wasn't working.  We don't**

4 **know about the batteries.**

5 BY MR. GOLDMAN:

6     Q.    And he says, "Maintenance of the

7 batteries and bilge pumps does not appear to have been

8 properly performed."

9     Do you agree or disagree?

10     **A.    I don't have an opinion on that.**

11     Q.    Very good.

12     "Inspection of the rudder ports at the

13 stern revealed evidence of leakage as the components

14 of the rudder ports are deteriorated."

15     Did you observe that?

16     **A.    Not deteriorated.  There is some**

17 **corrosion on the lower rudder bearings and packing**

18 **glands.**

19     Q.    Let's jump to his conclusion.  "It

20 appears that this vessel has been the subject of a

21 lack of usage, care, and maintenance."

22     Agree or disagree?

23     **A.    I disagree.  A lack of usage, yes.**

24     Q.    "The generator and port engine were

25 partially dismantled and not operable.  The vessel

**59**

1 would not be considered seaworthy."

2     I know you disagree with that.  You

3 disagree with his definition of seaworthy.  You

4 disagree with the finding of seaworthy.  You believe a

5 vessel with a nonfunctioning bilge pump is seaworthy,

6 sir?

7     MR. ELLIOTT:  Objection.

8     **A.    I believe that you can't take the fact**

9 **that the mechanical gear is being worked on and call**

10 **it unseaworthy.  Is there an attempt to take the boat**

11 **out?  No.  There's repairs that are being performed.**

12 BY MR. GOLDMAN:

13     Q.    So it can sit there at the dock where it

14 rains and where, you know, water would be coming in

15 from elsewhere.  Certainly where it rains.  The vessel

16 can be situated at the dock for an extended period of

17 time, get rained into, such that there is water in the

18 bilge, and you think that a vessel like that that has

19 inoperable, or problematic at the very least, bilge

20 pumps is still seaworthy.  That's your opinion?

21 That's your conclusion as a marine surveyor?

22     **A.    Seaworthy does not fit into the**

23 **description.  It's a self-imposed port risk while the**

24 **boat is being worked on.**

25     Q.    This vessel is not on port risk, sir.

**60**

1     **A.    It's the equivalent.  The man has no**

2 **intention of using the boat.**

3     Q.    Sir, this vessel is not on port risk.

4 Are you telling me that somebody told you this vessel

5 is on port risk?

6     **A.    No.  I'm using that as a loose term.**

7     Q.    Of course you are.  Very loose, sir.

8     **A.    Well --**

9     MR. ELLIOTT:  Objection.

10 BY MR. GOLDMAN:

11     Q.    "There is little doubt that the lack of

12 care has resulted in the submersion of the vessel."

13     Agree or disagree?

14     **A.    Disagree.**

15     Q.    But you do agree that the vessel is in a

16 problematic state such that it needs a sump pump

17 because of a problem with the bilge that night.

18     **A.    Yes.**

19     MR. ELLIOTT:  Objection.

20     MR. GOLDMAN:  Kris, I'll hand this to

21     you.

22 BY MR. GOLDMAN:

23     Q.    Next I'm handing you a document that has

24 been previously marked as Defendant's Exhibit 4 at

25 Mr. Godard's deposition.  Have you ever seen this one

**61**

1  before?

2  **A.    I don't know if I have or not.**

3  Q.    I don't recall off the top of my head if

4  it's included in your loose-leaf binder.

5  **A.    No, it's not.**

6  Q.    Take a moment to read through it.  I

7  have just a couple of questions.  We're almost done.

8         (The witness is reading the document.)

9  Q.    Have you read the document that I've

10  handed to you that was marked Exhibit 4 --

11  **A.    Yes, I have.**

12  Q.    -- in a prior deposition?

13  **A.    Yes.**

14  Q.    What is the document?

15  **A.    It's a letter of opinion and**

16  **observations by Mr. Godard.**

17  Q.    It's addressed to me, correct?

18  **A.    Yes, it is.**

19  Q.    I'm the Goldman in this.

20  **A.    Yes.**

21  Q.    For the record, it's a letter sent by

22  Mr. Godard to yours truly.  It's dated March 20, 2016.

23  It says, "This is pursuant to instructions from the

24  local Progressive Insurance office and your request

25  for a copy of my file.  You also requested additional

**62**

1  information regarding the source of water inside the

2  vessel and rainfall amounts."

3         Okay.  He goes on to state -- let's skip

4  a paragraph.  "My inspection reveals evidence of

5  leakage of seawater into the vessel."

6         Do you know what the source of that

7  seawater might have been?

8  **A.    I don't know for sure what it was, but**

9  **there's, you know, a couple of possibilities.**

10  Q.    And he says, "This seawater may have

11  contributed to the gradual accumulation of water over

12  a period of time."

13         You both agree that there was an

14  accumulation of water from some source for some reason

15  over a period of time; isn't that correct?

16  **A.    Yes.**

17  Q.    He says, "I was not, however, able to

18  pinpoint a single source of the water incursion."

19         The next paragraph, "In accordance with

20  your request, I will forward to you a Weather

21  Underground (website) 'history.'  This reflects that

22  the Pensacola area (airport designation is PNS,

23  Pensacola is adjacent to Navarre, FL) and was the

24  subject of 1.58 inches of rain water on 2/3/2016.  For

25  the year the area had accumulated 5.53 inches of

**63**

1  rain."

2         Do you see that?

3  **A.    Yes.**

4  Q.    So on the night of or the night before

5  Keegan comes out and finds this vessel listing there

6  was 1.58 inches of rain fell in the Navarre area on

7  that night, correct?

8  **A.    That's what it states in the letter.**

9  Q.    That's a lot of rain water at one time,

10  even for Florida, isn't it?

11         MR. ELLIOTT:  Objection.

12  **A.    I don't have an opinion on the amount of**

13  **rain.**

14  BY MR. GOLDMAN:

15  Q.    You don't have an opinion.  All right.

16  **A.    No.**

17  Q.    Again, we've indicated that Keegan may

18  have been looking at this vessel from time to time and

19  he may not, right?

20  **A.    I don't know.**

21  Q.    But in January up to February 3rd, 5.53,

22  five and a half inches of rain water fell in the area,

23  correct?

24         MR. ELLIOTT:  Objection.

25  BY MR. GOLDMAN:

**64**

1  Q.    Right?

2  **A.    That's what it says in the letter.**

3  Q.    All of that flowing onto this vessel,

4  and that night we know we had a bilge pump that didn't

5  work, correct?  And we know that there's water

6  accumulating in the bilge, correct?

7         MR. ELLIOTT:  Objection.

8  **A.    That's correct, yes.**

9  BY MR. GOLDMAN:

10  Q.    And that's what Keegan observed that

11  night.  He observed a condition that is causing the

12  vessel to list, correct?

13  **A.    That's what he says in his deposition.**

14  Q.    And his deposition says he went down and

15  saw it in the bilge, correct?

16  **A.    Correct.**

17  Q.    And then in the next paragraph Godard

18  says, "I suspect the vessel accumulating water over a

19  period of time and the final 1.5 inches of rain during

20  the previous day resulted in the vessel becoming low

21  enough in the water to flood."

22         You agree with that, don't you?

23         MR. ELLIOTT:  Objection.

24  **A.    No, I disagree.**

25  BY MR. GOLDMAN:

65

1    Q.    You just said a second ago that's what

2  Keegan observes causing the vessel to list.  Oh, you

3  don't think it causes the vessel to flood?

4    A.    That's correct.

5    Q.    Your distinction is that it's what

6  Keegan sees causing the vessel to list resulting in

7  him bringing the sump pump in, correct?

8    A.    That's correct.

9    Q.    But both you and Godard agree that's why

10  the list is there, correct?

11    A.    Correct.

12        MR. GOLDMAN:  All right.  I have no more

13  questions.  Thank you very much.

14        MR. ELLIOTT:  No questions.

15        MR. GOLDMAN:  You have the right to

16  request an opportunity to read the transcript

17  in the event that either I or counsel requests

18  that it be typed up.  It will be requested.  It

19  will be typed up.  I'm sure you've heard this

20  before.

21        THE WITNESS:  Yes.

22        MR. GOLDMAN:  You can't say, oh, no,

23  that's not what I meant.  You can just say, oh,

24  I don't remember that that's what I said, or

25  you can argue about the punctuation.  I don't

*JO ANN BRYAN COURT REPORTING*

66

1        remember what the protocol is here, whether you

2        have to actually go to the court reporter's

3        office when you're told that the transcript is

4        ready or not, but if you want to read it, that

5        is your privilege, that's your right.  More

6        commonly, as I'm sure you know, that right is

7        waived and most people trust the

8        professionalism of the lovely lady to your

9        right, the court reporter, and assume that

10        she's typing up everything correctly, but you

11        must say now on the record.

12        THE WITNESS:  I don't need to read and

13  sign.

14        MR. GOLDMAN:  You don't need to read?

15        THE WITNESS:  I don't need to --

16        MR. GOLDMAN:  Oh, I'm sorry.  Let the

17  record reflect that the witness waived.  Thank

18  you very, very much.

19        THE WITNESS:  You're welcome.

20        (Whereupon, the deposition was

21        concluded at 11:31 a.m.)

22

23

24

25

*JO ANN BRYAN COURT REPORTING*

67

1        **CERTIFICATE OF OATH**

2

3  STATE OF FLORIDA   )

4  COUNTY OF ESCAMBIA )

5

6

7        I, the undersigned authority, certify that

8  **RICHARD JOHN SCHIEHL** personally appeared before me and

9  was duly sworn.

10

11        WITNESS my hand and official seal this 15th

12  day of May, 2017.

13

14

15

16

17

18

19

20

21        _____

22        JO ANN BRYAN

        Court Reporter and Notary Public

23        My commission expires: 11/14/2017

24

25

*JO ANN BRYAN COURT REPORTING*

68

1        **CERTIFICATE OF REPORTER**

2

3  STATE OF FLORIDA   )

4  COUNTY OF ESCAMBIA  )

5

6  I, Jo Ann Bryan, Court Reporter and Notary Public at
Large in and for the State of Florida, hereby certify
7  that pursuant to notice heretofore filed there came
before me on the 9th day of May, 2017, commencing at
10:25 a.m., at Seville Court Reporting, 260 South
8  Tarragona Street, Suite 160, Pensacola, Florida, the
following-named person, to-wit: **RICHARD JOHN SCHIEHL,**
9  who was by me first duly sworn to testify to the truth
of his knowledge touching and concerning the matters
10  in controversy in this case; that he was thereupon
carefully examined upon his oath and his examination
11  reduced to typewritten form under my supervision; that
the deposition is an accurate transcription of my
12  stenotype notes of the testimony given by the witness;
that the reading, signing and notice of filing were
13  waived by the witness and by stipulation of counsel,
and that all objections except as to the form of the
14  questions were reserved until the time of trial.
        I further certify that I am neither
15  attorney or counsel for, nor related to or employed
by, any of the parties to the action in which this
16  deposition was taken, and further that I am not a
relative or employee of any attorney or financially
17  interested in the action.
        IN WITNESS WHEREOF, I have hereunto set my
18  hand and affixed my official seal this 15th day of
May, 2017.
19

20

21

22

23        _____

        JO ANN BRYAN
24        Court Reporter and Notary Public
My commission expires: 11/14/2017
25

*JO ANN BRYAN COURT REPORTING*

**'16** [1] - 25:5
**'97** [1] - 18:1
**'history** [1] - 62:21

# 0

**02446** [1] - 2:6

# 1

**1** [12] - 3:16, 7:8, 10:4, 11:2, 12:4, 16:9, 16:19, 16:20, 16:23, 25:18, 26:14, 47:23
**1.5** [1] - 64:19
**1.58** [2] - 62:24, 63:6
**10** [4] - 10:4, 24:2, 24:11, 51:19
**10:25** [2] - 1:17, 68:8
**10:30** [1] - 41:21
**11** [1] - 10:5
**11/14/2017** [1] - 67:23, 68:24
**118** [1] - 2:10
**11:31** [1] - 66:21
**12** [4] - 10:5, 24:2, 24:10, 24:11
**12th** [4] - 25:5, 25:9, 26:22, 33:14
**13** [4] - 3:16, 7:4, 8:2, 10:5
**13th** [1] - 26:18
**14** [1] - 10:5
**15** [2] - 10:5, 22:9
**15th** [2] - 67:11, 68:18
**16** [1] - 10:5
**160** [2] - 1:16, 68:8
**17** [1] - 10:5
**18** [1] - 10:5
**19** [1] - 10:5
**1970s** [1] - 17:22
**1982** [1] - 18:24
**1996** [1] - 18:1

# 2

**2** [7] - 10:4, 11:3, 12:4, 16:10, 47:10, 47:19, 52:3
**2/3/2016** [1] - 62:24
**20** [3] - 10:5, 22:9, 61:22
**2005** [3] - 23:25, 24:12, 24:18
**2006** [1] - 23:25
**2010** [1] - 17:14
**2013** [1] - 12:14
**2016** [8] - 3:16, 7:4,

8:2, 25:9, 26:22, 38:20, 47:21, 61:22
**2017** [4] - 1:17, 67:12, 68:7, 68:19
**21** [1] - 10:5
**211** [1] - 2:5
**22** [1] - 10:5
**23** [1] - 10:5
**233** [1] - 2:5
**24** [2] - 4:21, 10:6
**25** [1] - 10:6
**26** [1] - 10:6
**260** [2] - 1:15, 68:8
**27** [1] - 10:6
**28** [1] - 10:6
**29** [1] - 10:6

# 3

**3** [5] - 10:4, 11:3, 12:4, 16:5, 16:14
**30** [2] - 10:6, 45:10
**31** [2] - 10:6, 45:20
**32** [1] - 10:6
**32561** [1] - 2:11
**33** [1] - 10:6
**34** [1] - 10:6
**35** [1] - 10:6
**36** [1] - 10:6
**362** [1] - 2:10
**37** [1] - 10:7
**38** [1] - 10:7
**39** [1] - 10:7
**3:16-CV-00116-MCR-EMT** [1] - 1:6
**3rd** [2] - 39:19, 63:21

# 4

**4** [6] - 3:4, 10:4, 11:3, 12:4, 60:24, 61:10
**40** [1] - 10:7
**41** [1] - 10:7
**42** [1] - 10:7
**43** [1] - 10:7
**44** [1] - 10:7
**45** [1] - 10:7
**46** [1] - 10:7
**47** [1] - 10:7
**48** [1] - 10:7
**49** [1] - 10:7
**4th** [1] - 39:19

# 5

**5** [3] - 10:4, 11:3, 12:4
**5.53** [2] - 62:25, 63:21

**5/12/2016** [1] - 12:11
**50** [1] - 10:8
**51** [1] - 10:8
**52** [1] - 10:8
**53** [1] - 10:8
**54** [1] - 10:8
**55** [1] - 10:8
**56** [1] - 10:8
**57** [1] - 10:8
**58** [1] - 10:8
**59** [1] - 10:8

# 6

**6** [2] - 10:4, 12:4
**6/13/16** [1] - 8:21
**6/13/2016** [1] - 8:6
**60** [1] - 10:8
**61** [1] - 10:8
**62** [1] - 10:8
**63** [1] - 10:9
**64** [1] - 10:9
**65** [1] - 10:9
**66** [1] - 10:9
**67** [2] - 3:5, 10:9
**68** [2] - 3:6, 10:9
**69** [1] - 10:9

# 7

**7** [3] - 3:17, 10:4, 12:4
**70** [1] - 10:9
**71** [1] - 10:9
**72** [1] - 10:9
**73** [1] - 10:9
**74** [1] - 10:9
**75** [1] - 10:9
**76** [1] - 10:10
**77** [1] - 10:10
**78** [1] - 10:10
**79** [1] - 10:10

# 8

**8** [2] - 10:4, 12:4
**80** [1] - 10:10
**81** [1] - 10:10
**82** [1] - 10:10
**83** [1] - 10:10
**84** [1] - 10:10
**85** [1] - 10:10
**86** [1] - 10:10
**87** [1] - 10:10
**88** [1] - 10:10
**89** [1] - 10:11

# 9

**9** [3] - 1:17, 10:4, 47:20
**90** [1] - 10:11
**90-day** [1] - 45:11

**91** [1] - 10:11
**92** [1] - 10:11
**93** [1] - 10:11
**94** [1] - 10:11
**95** [5] - 10:11, 10:22, 11:9, 11:16
**9th** [1] - 68:7

# A

**a.m** [3] - 1:17, 66:21, 68:8
**ability** [1] - 31:23
**able** [1] - 62:17
**absolutely** [5] - 9:4, 11:20, 23:8, 44:10, 44:19
**accident** [1] - 17:6
**accompanied** [1] - 8:5
**accordance** [1] - 62:19
**according** [1] - 41:16
**account** [1] - 30:15
**accredited** [1] - 22:20
**accumulate** [6] - 29:13, 29:23, 36:14, 36:15, 36:18, 38:4
**accumulated** [2] - 31:14, 62:25
**accumulates** [1] - 36:13
**accumulating** [5] - 31:4, 31:19, 54:6, 64:6, 64:18
**accumulation** [9] - 29:9, 30:25, 31:23, 32:4, 38:15, 53:22, 55:6, 62:11, 62:14
**accurate** [3] - 30:16, 43:16, 68:12
**acronym** [2] - 22:16, 22:23
**Act** [1] - 24:5
**action** [3] - 4:12, 68:16, 68:17
**actual** [2] - 21:11, 36:3
**ad** [1] - 47:11
**additional** [4] - 9:21, 11:3, 12:5, 61:25
**addressed** [1] - 61:17
**adjacent** [1] - 62:23
**adjustable** [1] - 29:4
**adjusters** [1] - 34:5
**Adjustment** [3] - 20:8, 21:2, 23:17

**adjustment** [1] - 21:4
**admit** [1] - 21:19
**advance** [1] - 5:15
**advisedly** [1] - 54:10
**affixed** [1] - 68:18
**afloat** [1] - 46:16
**aforesaid** [1] - 8:2
**aft** [3] - 39:24, 49:12, 49:17
**afternoon** [2] - 41:13, 41:15
**afterwards** [1] - 13:5
**ago** [3] - 23:15, 24:10, 65:1
**agree** [24] - 10:12, 19:24, 26:7, 32:3, 39:17, 39:24, 44:22, 46:5, 46:12, 46:15, 46:19, 50:18, 52:7, 53:23, 55:8, 55:16, 57:2, 57:18, 58:9, 58:22, 60:15, 62:13, 64:22, 65:9
**Agree** [1] - 60:13
**agreed** [2] - 54:23, 57:15
**aid** [1] - 51:6
**airport** [2] - 14:18, 62:22
**alive** [1] - 18:4
**allegedly** [1] - 57:4
**allow** [1] - 28:19
**allowed** [1] - 38:3
**almost** [2] - 30:20, 61:7
**ALSO** [1] - 2:13
**American** [1] - 4:13
**AMERICAN** [1] - 1:3
**amount** [2] - 57:20, 63:12
**amounts** [1] - 62:2
**analysis** [1] - 19:16
**Ann** [2] - 1:18, 68:6
**ANN** [2] - 67:22, 68:23
**answer** [9] - 4:24, 6:11, 19:4, 24:1, 31:10, 31:13, 33:4, 37:10, 48:17
**answers** [1] - 5:6
**antifouling** [1] - 53:20
**apologize** [2] - 5:15, 33:5
**appear** [3] - 56:25, 57:9, 58:7
**APPEARANCES** [1] - 2:1

**appeared** [1] - 67:8
**approximation** [1] - 24:15
**area** [10] - 20:11, 50:4, 51:22, 55:4, 55:6, 62:22, 62:25, 63:6, 63:22
**areas** [3] - 48:7, 50:13, 55:12
**argue** [2] - 48:22, 65:25
**arises** [1] - 31:3
**aside** [1] - 16:23
**aspects** [1] - 17:8
**assert** [1] - 34:18
**assigned** [1] - 20:12
**assignment** [8] - 15:5, 15:7, 15:21, 23:13, 24:17, 27:14, 32:14, 40:3
**Assignment** [1] - 27:8
**assignments** [1] - 21:1
**assist** [1] - 25:9
**Associates** [8] - 3:16, 8:5, 12:10, 12:12, 17:10, 17:13, 17:17, 18:13
**Association** [1] - 22:15
**assume** [1] - 66:9
**assumed** [2] - 50:2, 56:1
**assuming** [3] - 24:12, 37:13, 42:4
**assure** [1] - 6:1
**attached** [2] - 7:9, 16:15
**attempt** [1] - 59:10
**attorney** [5] - 1:14, 4:10, 48:18, 68:15, 68:17
**authority** [1] - 67:7
**automatic** [1] - 56:25
**automotive** [1] - 49:24
**aware** [3] - 34:4, 34:8, 36:3
**awhile** [1] - 23:8

### B

**baccalaureate** [1] - 18:25
**bachelor's** [1] - 18:21
**backfill** [1] - 28:20
**Background** [1] - 35:23

**backing** [1] - 42:7
**Bahia** [3] - 15:9, 25:15, 47:11
**barges** [1] - 17:23
**barnacles** [10] - 36:8, 37:25, 38:3, 49:3, 54:1, 54:3, 54:6, 54:12, 55:1, 55:3
**based** [2] - 27:2, 35:18
**batteries** [6] - 57:11, 57:14, 57:16, 57:21, 58:4, 58:7
**battery** [1] - 57:11
**Beach** [1] - 20:11
**bearings** [1] - 58:17
**becoming** [1] - 64:20
**begin** [1] - 5:14
**beginnings** [1] - 16:24
**behalf** [2] - 19:23, 21:8
**behest** [1] - 19:22
**behind** [1] - 37:21
**below** [2] - 28:18, 36:8
**belt** [2] - 51:20, 52:2
**belts** [1] - 51:21
**benchmarks** [2] - 29:15, 55:19
**benefit** [1] - 22:24
**best** [4] - 5:12, 14:20, 24:15, 52:24
**between** [4] - 24:21, 26:2, 34:17, 56:8
**beyond** [1] - 18:25
**bilge** [44] - 39:4, 39:11, 39:18, 39:21, 39:23, 39:24, 40:7, 40:13, 41:3, 42:10, 43:1, 43:2, 43:6, 43:13, 43:15, 43:17, 43:20, 44:6, 44:8, 44:15, 45:1, 45:2, 45:9, 46:15, 46:16, 46:20, 46:25, 47:7, 55:13, 55:14, 56:6, 56:20, 56:25, 57:3, 57:6, 58:3, 58:7, 59:5, 59:18, 59:19, 60:17, 64:4, 64:6, 64:15
**binder** [9] - 7:16, 8:25, 9:17, 11:15, 13:15, 14:4, 26:8,

33:21, 61:4
**bit** [2] - 17:8, 55:22
**block** [1] - 51:8
**blocked** [2] - 15:10, 47:11
**board** [3] - 43:5, 43:10, 43:11
**boat** [24] - 11:9, 15:9, 15:14, 15:15, 15:25, 19:19, 20:7, 20:14, 28:9, 28:10, 28:22, 28:24, 29:8, 31:16, 32:20, 33:10, 33:14, 33:18, 35:20, 40:4, 46:16, 59:10, 59:24, 60:2
**boats** [3] - 20:5, 20:10, 44:7
**BoatUS** [2] - 23:7, 23:11
**bodies** [1] - 36:12
**Boston** [1] - 14:19
**bottom** [10] - 42:10, 53:20, 53:22, 54:1, 54:4, 54:7, 54:13, 55:2, 55:4, 56:6
**brackets** [1] - 49:12
**break** [4] - 6:8, 6:10, 20:5
**Breeze** [2] - 2:10, 2:11
**bring** [2] - 14:6, 24:23
**bringing** [1] - 65:7
**brokerage** [1] - 21:10
**Brookline** [1] - 2:6
**brought** [6] - 7:17, 26:9, 37:16, 43:5, 43:10, 43:11
**Bryan** [1] - 1:18, 68:6
**BRYAN** [2] - 67:22, 68:23
**bulkheads** [2] - 19:16, 55:11
**bumping** [1] - 51:4
**business** [6] - 17:12, 17:20, 18:8, 18:9, 18:12, 19:6
**busy** [1] - 27:3
**buyer** [2] - 19:13, 19:23
**buyers** [1] - 17:5
**BY** [43] - 4:6, 7:10, 8:13, 9:5, 10:15, 11:10, 12:22,

14:2, 16:22, 23:1, 28:2, 29:25, 31:6, 31:9, 31:17, 32:9, 32:16, 34:25, 35:12, 37:9, 38:9, 39:25, 41:1, 41:7, 43:9, 44:3, 45:4, 46:6, 46:18, 47:17, 53:4, 53:14, 54:19, 56:12, 56:23, 58:5, 59:12, 60:10, 60:22, 63:14, 63:25, 64:9, 64:25

### C

**C.V** [1] - 24:23
**cabin** [1] - 51:23
**cables** [1] - 49:25
**cancel** [1] - 45:20
**cannot** [1] - 5:17
**canvas** [1] - 49:16
**caps** [1] - 22:25
**caption** [1] - 7:20
**care** [3] - 7:23, 58:21, 60:12
**carefully** [1] - 68:11
**case** [5] - 7:20, 8:8, 24:5, 33:22, 68:10
**CASE** [1] - 1:6
**cases** [2] - 43:24, 47:1
**casual** [1] - 46:17
**caused** [1] - 51:3
**causes** [1] - 65:3
**causing** [4] - 29:22, 64:11, 65:2, 65:6
**certain** [3] - 5:6, 11:18, 11:24
**certainly** [2] - 7:19, 59:15
**CERTIFICATE** [3] - 3:5, 3:6, 68:1
**cERTIFICATE** [1] - 67:1
**certified** [1] - 22:14
**certify** [3] - 67:7, 68:6, 68:15
**cetera** [3] - 17:23, 36:9, 51:4
**chalky** [1] - 48:5
**chance** [3] - 5:22, 24:24, 34:1
**change** [2] - 35:4, 35:16
**charge** [1] - 57:20
**check** [1] - 26:5
**Chubb** [2] - 23:6, 23:10
**circumstances** [2] -

15:12, 21:25
**City** [1] - 17:24
**claim** [12] - 15:23, 23:8, 33:23, 34:19, 34:23, 39:21, 40:23, 48:9, 48:11, 53:7, 57:7
**claims** [1] - 17:5
**clarify** [1] - 11:5
**cleaned** [1] - 57:22
**clear** [1] - 6:4
**cleats** [3] - 50:13, 50:14, 50:23
**client** [1] - 45:7
**co** [1] - 12:21
**CO** [1] - 1:4
**co-counsel** [1] - 12:21
**coat** [2] - 48:6, 53:21
**cockpit** [7] - 33:18, 48:6, 49:9, 49:12, 49:16, 49:23, 51:22
**college** [2] - 17:24, 18:18
**collision** [1] - 51:3
**coming** [2] - 4:10, 59:14
**commencing** [2] - 1:17, 68:7
**commercial** [1] - 17:23
**commission** [2] - 67:23, 68:24
**commonly** [1] - 66:6
**companies** [6] - 20:3, 20:9, 20:22, 23:5, 23:9, 45:5
**company** [13] - 17:18, 18:7, 21:3, 21:4, 21:12, 21:15, 22:2, 22:6, 23:14, 23:16, 23:20, 24:22, 45:6
**Company** [4] - 4:13, 20:8, 21:2, 23:18
**compartment** [5] - 28:20, 28:23, 43:12, 43:14, 55:19
**complaint** [1] - 15:23
**completely** [2] - 26:10, 35:8
**compliance** [2] - 45:16, 45:19
**complied** [1] - 44:20
**components** [1] - 58:13
**computer** [1] - 26:6

**concerning** [1] - 68:10
**concluded** [1] - 66:21
**concludes** [1] - 31:19
**conclusion** [13] - 15:18, 27:13, 27:24, 28:12, 30:19, 32:2, 32:12, 35:4, 35:5, 53:19, 53:25, 58:19, 59:21
**conclusions** [2] - 30:12, 30:16
**condition** [14] - 19:7, 19:11, 20:7, 20:14, 27:9, 36:7, 41:22, 42:24, 47:1, 49:7, 49:14, 51:9, 64:11
**confirming** [1] - 55:6
**connection** [1] - 25:2
**consequences** [1] - 38:13
**considered** [1] - 59:1
**contacted** [2] - 24:4, 25:2
**contained** [3] - 11:9, 34:19, 34:22
**contains** [1] - 6:17
**contention** [1] - 21:14
**Contents** [8] - 7:21, 9:13, 9:18, 12:8, 13:17, 13:23, 14:1, 26:12
**continues** [1] - 55:3
**contract** [2] - 17:21, 20:4
**contractor** [1] - 17:16
**contributed** [1] - 62:11
**controversy** [1] - 68:10
**conversations** [3] - 34:7, 34:14, 35:9
**cooling** [1] - 50:7
**coordinate** [1] - 17:6
**Copy** [1] - 3:16
**copy** [3] - 13:22, 13:25, 61:25
**Correct** [7] - 24:13, 28:3, 30:1, 31:7, 40:24, 41:23, 46:22
**correct** [109] - 8:12,

8:22, 8:24, 9:19, 9:20, 9:24, 11:17, 13:6, 13:7, 13:18, 13:20, 13:21, 14:8, 14:9, 14:11, 14:12, 17:11, 18:10, 19:8, 19:9, 19:20, 20:21, 22:4, 22:17, 23:12, 24:14, 25:6, 25:13, 25:15, 25:20, 25:21, 26:1, 26:13, 26:18, 26:19, 26:22, 26:23, 27:7, 27:10, 27:11, 27:15, 27:16, 27:19, 27:22, 29:18, 29:20, 30:5, 30:25, 31:1, 31:21, 32:6, 32:25, 33:1, 33:3, 34:2, 34:14, 34:15, 37:22, 37:23, 39:19, 40:15, 40:23, 41:4, 41:6, 41:9, 41:13, 41:16, 41:22, 42:5, 43:6, 43:17, 43:18, 45:17, 45:18, 45:23, 46:2, 47:7, 47:8, 47:14, 52:16, 52:18, 52:19, 52:22, 53:1, 53:8, 53:11, 53:17, 54:8, 54:14, 54:24, 55:25, 57:4, 57:5, 57:8, 61:17, 62:15, 63:7, 63:23, 64:5, 64:6, 64:8, 64:12, 64:15, 64:16, 65:4, 65:7, 65:8, 65:10, 65:11
**corrected** [2] - 45:25, 47:8
**correctly** [1] - 66:10
**corrosion** [1] - 58:17
**counsel** [21] - 5:1, 6:3, 6:23, 7:6, 8:16, 9:2, 12:20, 12:21, 14:23, 14:25, 15:8, 23:23, 25:2, 25:22, 26:3, 27:24, 30:4, 65:17, 68:13, 68:15

**count** [1] - 10:4
**COUNTY** [2] - 67:4, 68:4
**couple** [2] - 61:7, 62:9
**course** [4] - 6:25, 42:23, 50:22, 60:7
**COURT** [1] - 1:1
**court** [4] - 5:2, 22:24, 66:2, 66:9
**Court** [7] - 1:15, 1:18, 32:12, 67:22, 68:6, 68:8, 68:24
**courtesies** [1] - 5:6
**courtesy** [4] - 5:11, 5:12, 5:14, 6:22
**cover** [2] - 7:20, 51:7
**coverage** [4] - 16:3, 19:24, 20:6, 24:22
**covered** [1] - 55:13
**covers** [2] - 17:8, 49:17
**critical** [1] - 44:10
**Crittenden** [4] - 20:8, 21:2, 22:7, 23:17
**cushions** [2] - 49:10, 49:12
**cycle** [2] - 20:7, 20:10
**cylinder** [1] - 51:12

## D

**damage** [6] - 50:12, 50:13, 50:15, 50:25, 57:18, 57:19
**damaged** [1] - 51:21
**date** [4] - 18:23, 27:9, 28:14, 39:20
**dated** [6] - 3:16, 7:4, 26:17, 26:18, 47:20, 61:22
**days** [1] - 36:15
**dead** [3] - 57:14, 57:17
**deck** [1] - 48:6
**decks** [1] - 19:16
**declaratory** [2] - 4:12, 15:24
**deeper** [1] - 28:17
**DEFENDANT** [1] - 2:8
**Defendant** [1] - 1:8
**Defendant's** [2] - 47:19, 60:24
**defense** [1] - 48:18
**deficiency** [1] - 45:24

**define** [1] - 36:1
**definition** [4] - 43:21, 43:23, 44:24, 59:3
**degree** [5] - 18:20, 18:23, 36:20, 36:21, 36:22
**demonstrate** [1] - 11:8
**denied** [1] - 15:23
**depict** [1] - 36:6
**deposed** [1] - 4:4
**deposition** [20] - 4:14, 6:7, 6:18, 16:21, 16:24, 35:13, 36:23, 36:24, 37:3, 39:3, 42:3, 47:19, 60:25, 61:12, 64:13, 64:14, 66:20, 68:12, 68:16
**DEPOSITION** [1] - 1:12
**depositions** [10] - 16:19, 34:9, 34:19, 34:24, 36:5, 39:6, 40:19, 40:20, 40:21, 42:20
**described** [1] - 44:23
**description** [2] - 35:22, 59:23
**designation** [1] - 62:22
**deteriorated** [4] - 49:10, 51:21, 58:14, 58:16
**deterioration** [1] - 57:12
**determination** [2] - 27:20, 40:5
**Determine** [1] - 27:8
**determine** [2] - 27:17, 29:17
**determined** [1] - 32:13
**differences** [1] - 34:17
**different** [3] - 30:12, 35:8, 43:23
**dignifying** [1] - 7:3
**Direct** [1] - 3:4
**direct** [2] - 4:5, 21:11
**directly** [1] - 48:11
**directs** [1] - 21:6
**dirty** [1] - 48:5
**disagree** [18] - 19:25, 20:1, 31:25, 50:21,

51:1, 52:11, 55:16, 55:17, 56:18, 58:9, 58:22, 58:23, 59:2, 59:3, 59:4, 60:13, 60:14, 64:24
**discharge** [4] - 33:7, 33:17, 42:11, 42:12
**discharged** [2] - 57:13, 57:16
**discourtesy** [1] - 6:2
**discuss** [1] - 12:17
**discussing** [1] - 54:21
**Discussion** [1] - 38:8
**dismantled** [2] - 51:12, 58:25
**displaced** [1] - 56:5
**disrespect** [1] - 6:2
**distinction** [1] - 65:5
**distinctive** [1] - 55:12
**DISTRICT** [2] - 1:1, 1:1
**dive** [1] - 13:3
**DIVISION** [1] - 1:2
**dock** [7] - 27:19, 27:25, 35:24, 42:18, 51:4, 59:13, 59:16
**docking** [1] - 50:15
**document** [13] - 7:1, 8:3, 8:20, 11:1, 15:18, 16:10, 25:17, 27:2, 47:18, 60:23, 61:8, 61:9, 61:14
**documents** [7] - 6:18, 6:24, 9:21, 15:13, 21:13, 25:7, 30:9
**done** [7] - 5:14, 13:24, 19:21, 19:22, 23:6, 26:22, 61:7
**doubt** [1] - 30:20, 60:11
**down** [5] - 17:24, 28:17, 42:9, 54:5, 64:14
**dozen** [1] - 4:19
**drill** [1] - 4:24
**drive** [15] - 8:25, 9:6, 9:9, 9:16, 9:21, 9:23, 10:2, 11:22, 11:23, 12:6, 12:24, 13:15, 14:13, 14:16, 26:10

**drop** [1] - 49:2
**due** [3] - 28:22, 29:15, 30:21
**duly** [3] - 4:4, 67:9, 68:9
**duplicate** [1] - 14:4
**during** [2] - 37:5, 64:19

## E

**early** [2] - 33:14, 41:16
**easily** [1] - 13:24
**education** [1] - 18:25
**effort** [2] - 40:6, 40:10
**eight** [2] - 12:4, 51:5
**either** [3] - 27:14, 48:12, 65:17
**elaborate** [1] - 44:2
**electrical** [1] - 19:15
**electronic** [2] - 18:21, 51:6
**ELLIOTT** [41] - 2:9, 7:22, 8:7, 8:10, 9:4, 10:14, 11:5, 12:21, 13:22, 16:15, 28:1, 29:24, 31:5, 31:8, 31:12, 32:7, 34:21, 35:11, 37:8, 39:22, 40:25, 41:5, 43:7, 44:1, 44:21, 46:4, 46:14, 53:2, 53:12, 54:16, 56:10, 56:22, 58:2, 59:7, 60:9, 60:19, 63:11, 63:24, 64:7, 64:23, 65:14
**Elliott** [12] - 2:9, 10:17, 10:19, 10:21, 23:24, 24:3, 24:4, 24:8, 24:17, 25:8, 27:2, 27:5
**elsewhere** [1] - 59:15
**emails** [2] - 26:2, 26:8
**employed** [1] - 68:15
**employee** [1] - 68:17
**enclosures** [1] - 49:17
**encompasses** [1] - 26:20
**encountered** [1] -

38:23
**end** [1] - 42:12
**engine** [11] - 28:20, 28:23, 50:6, 51:12, 51:19, 51:22, 52:1, 55:19, 56:5, 58:24
**engineering** [1] - 18:22
**engines** [3] - 19:18, 37:1, 37:7
**entail** [1] - 17:2
**entertaining** [1] - 42:6
**entire** [1] - 14:3
**enumerates** [1] - 53:17
**equivalent** [1] - 60:1
**ESCAMBIA** [2] - 67:4, 68:4
**especially** [1] - 36:7
**ESQUIRE** [2] - 2:4, 2:9
**essentially** [1] - 57:12
**estimate** [1] - 7:18
**estimating** [1] - 4:21
**et** [3] - 17:23, 36:9, 51:4
**evening** [1] - 41:16
**event** [2] - 6:2, 65:17
**Evidence** [2] - 52:4, 53:15
**evidence** [7] - 33:22, 35:19, 47:12, 48:8, 57:23, 58:13, 62:4
**evident** [1] - 49:11
**exact** [1] - 14:4
**examination** [1] - 68:11
**EXAMINATION** [2] - 3:1, 4:5
**Examination** [1] - 3:4
**examine** [1] - 53:6
**examined** [1] - 68:11
**example** [2] - 45:7, 48:4
**except** [1] - 68:14
**exception** [3] - 9:17, 13:16, 26:11
**exchange** [1] - 26:2
**exhibit** [4] - 7:5, 16:6, 16:8, 16:18
**Exhibit** [16] - 7:8, 11:2, 11:12, 11:16, 16:5, 16:9, 16:14, 16:19, 16:20, 16:23,

25:18, 26:14, 47:19, 60:24, 61:10
**EXHIBITS** [2] - 3:12, 3:15
**expires** [2] - 67:23, 68:24
**exposed** [1] - 51:13
**extend** [1] - 5:12
**extended** [6] - 35:25, 36:1, 55:15, 56:15, 56:19, 59:16
**exterior** [2] - 19:18, 48:6, 52:4
**externally** [1] - 53:11

## F

**fabric** [2] - 49:10, 49:18
**facilitate** [1] - 25:8
**facilities** [1] - 17:7
**fact** [4] - 34:4, 34:8, 36:23, 59:8
**facts** [1] - 28:12
**Faded** [1] - 48:5
**fail** [1] - 5:13
**familiar** [3] - 22:1, 22:19, 36:11
**far** [3] - 6:24, 22:1, 50:25
**fashion** [1] - 44:8
**fast** [1] - 36:12
**father** [1] - 17:22
**father's** [3] - 17:17, 18:2, 18:11
**February** [5] - 33:15, 38:20, 39:19, 63:21
**fell** [2] - 63:6, 63:22
**fellow** [1] - 46:11
**fellows** [1] - 47:6
**fiberglass** [5] - 50:12, 50:15, 50:16, 50:25, 51:1
**file** [3] - 6:15, 22:9, 61:25
**filed** [2] - 15:24, 68:7
**files** [1] - 23:21
**filing** [1] - 68:13
**filings** [1] - 16:2
**filled** [1] - 49:24
**final** [1] - 64:19
**finally** [1] - 31:23
**financially** [1] - 68:17
**findings** [2] - 47:9, 47:24
**finish** [1] - 16:24

**Firm** [1] - 2:9
**firm** [2] - 4:11, 21:2
**first** [7] - 4:3, 19:4, 24:7, 25:1, 29:1, 35:21, 68:9
**fit** [1] - 59:22
**fitted** [4] - 49:23, 51:6, 51:20, 56:5
**fittings** [1] - 49:6
**five** [5] - 11:14, 20:12, 20:13, 49:22, 63:22
**FL** [2] - 2:11, 62:23
**float** [1] - 31:24
**flood** [2] - 64:21, 65:3
**FLORIDA** [3] - 1:1, 67:3, 68:3
**Florida** [4] - 1:16, 63:10, 68:6, 68:8
**flowing** [1] - 64:3
**folder** [1] - 9:9
**following** [1] - 68:9
**following-named** [1] - 68:9
**follows** [1] - 4:4
**FOR** [2] - 2:3, 2:8
**forced** [1] - 38:22
**forget** [1] - 14:1
**form** [11] - 28:1, 29:24, 31:5, 31:8, 32:7, 34:21, 35:11, 37:8, 39:22, 68:11, 68:14
**formerly** [1] - 55:12
**forward** [1] - 62:20
**four** [1] - 49:16
**framework/zippers** [1] - 49:18
**freeboard** [1] - 28:22
**friend's** [2] - 35:24, 38:23
**front** [1] - 6:14
**functioning** [3] - 39:21, 44:15, 45:13
**funny** [1] - 22:7
**Furuno** [1] - 51:7
**future** [2] - 38:18, 38:20

## G

**gear** [5] - 19:17, 36:13, 38:14, 49:25, 59:9
**gel** [2] - 48:6, 53:21
**general** [1] - 27:9
**generated** [1] - 25:20

**generator** [3] - 51:11, 51:16, 58:24
**gentleman** [1] - 32:24
**gentlemen** [1] - 35:7
**GFCI** [1] - 42:17
**given** [1] - 68:12
**gland** [1] - 29:4
**glands** [2] - 29:5, 58:18
**godard** [1] - 55:24
**Godard** [15] - 30:10, 31:19, 31:22, 47:20, 47:24, 52:3, 53:17, 55:21, 56:2, 56:13, 61:16, 61:22, 64:17, 65:9
**Godard's** [4] - 35:18, 56:9, 57:22, 60:25
**Goldman** [1] - 3:4
**GOLDMAN** [60] - 2:4, 4:6, 7:10, 7:25, 8:9, 8:11, 8:13, 9:2, 9:5, 10:15, 11:10, 12:22, 13:24, 14:2, 16:17, 16:22, 22:23, 23:1, 28:2, 29:25, 31:6, 31:9, 31:17, 32:9, 32:15, 32:16, 34:25, 35:12, 37:9, 38:7, 38:9, 39:25, 41:1, 41:7, 43:9, 44:3, 45:4, 46:6, 46:18, 47:15, 47:17, 53:4, 53:14, 54:19, 56:12, 56:23, 58:5, 59:12, 60:10, 60:20, 60:22, 63:14, 63:25, 64:9, 64:25, 65:12, 65:15, 65:22, 66:14, 66:16
**Goldman** [4] - 2:4, 4:10, 4:11, 61:19
**gradual** [4] - 28:21, 53:22, 55:6, 62:11
**gradually** [1] - 52:5
**grates** [1] - 50:7
**green** [1] - 14:17
**grew** [1] - 38:5
**ground** [1] - 6:5
**growing** [4] - 54:1, 54:4, 54:6, 54:12
**growth** [4] - 36:13,

38:16, 49:2, 50:8
guessing [2] - 4:20
Gulf [2] - 2:10, 2:11
gunnel [2] - 33:18,
42:11

## H

half [4] - 36:5,
37:18, 37:20,
63:22
hand [5] - 13:6,
14:5, 60:20,
67:11, 68:18
handed [2] - 47:18,
61:10
handing [1] - 60:23
handle [1] - 17:5
Harvard [1] - 2:5
hauled [2] - 15:9,
47:10
head [6] - 5:17,
22:11, 51:12,
51:15, 61:3
heading [1] - 35:23
heard [1] - 65:19
Hellman [2] - 2:4,
4:11
helm [1] - 51:7
hereby [1] - 68:6
hereto [1] - 7:9
heretofore [1] - 68:7
hereunto [1] - 68:18
hex [1] - 29:4
high [1] - 17:22
higher [1] - 42:12
hire [1] - 21:10
hold [2] - 10:3,
24:13
holding [2] - 14:5,
21:12
hole [1] - 49:24
home [2] - 36:25,
37:21
hope [1] - 7:2
hose [5] - 33:7,
33:17, 42:11,
42:12
hull [3] - 19:17,
28:19, 49:6

## I

idea [2] - 15:2, 56:11
idler [2] - 51:22,
52:1
immediately [1] -
7:24
important [1] - 35:3
imposed [1] - 59:23
IN [1] - 68:18
inadvertent [1] -

5:15
inception [1] - 44:20
inch [4] - 9:9, 9:17,
26:8, 33:21
inches [6] - 7:18,
62:24, 62:25,
63:6, 63:22, 64:19
incident [13] -
27:18, 32:22,
33:14, 39:9,
39:12, 39:13,
39:20, 40:8,
40:23, 53:1, 57:3,
57:7, 58:1
included [2] - 12:5,
61:4
includes [1] - 53:16
including [2] - 48:6,
49:4
inclusive [1] - 19:19
Incorporated [1] -
18:14
incredulous [1] -
14:24
incursion [1] - 62:18
indeed [1] - 13:2
INDEX [2] - 3:1, 3:12
indicate [2] - 16:5,
19:5, 36:9, 47:24,
54:3, 54:5
indicated [3] -
22:24, 52:12,
63:17
indicates [2] - 7:19,
53:22
Indicating [1] -
14:21
indicating [1] -
36:24
Indicating) [2] - 9:7,
14:14
indication [3] -
50:16, 55:4, 57:13
individual [1] -
20:15
individuals [1] -
34:6
inference [1] - 57:15
information [3] -
30:8, 32:18, 62:1
initial [1] - 24:17
injury [1] - 24:5
inoperable [2] -
44:5, 59:19
inside [2] - 11:8,
62:1
insinuation [1] -
34:23
inspect [3] - 15:8,
19:14, 19:17, 53:6
Inspection [2] -
3:16, 57:10

inspection [12] -
15:10, 25:4, 25:9,
25:14, 26:20,
26:22, 35:21,
40:1, 48:3, 56:9,
58:12, 62:4
inspections [2] -
17:4, 20:5
instance [1] - 20:10
Instead [1] - 11:11
instead [1] - 42:8
Institute [1] - 18:19
instruct [1] - 22:2
instruction [1] -
19:21
instructions [1] -
61:23
instrument [1] -
51:7
Insurance [2] - 4:13,
61:24
INSURANCE [1] -
1:4
insurance [13] -
17:5, 19:24, 20:3,
21:3, 21:15, 22:2,
22:6, 23:5, 23:14,
23:20, 24:22,
45:5, 45:6
insure [3] - 6:5,
44:14, 45:8
insured [4] - 20:5,
20:16, 21:15,
24:21
insured's [1] - 22:3
insureds [1] - 20:23
insureds' [1] - 20:20
insurer [6] - 19:22,
21:6, 21:8, 21:9,
21:10, 21:11
insurers [1] - 20:19
insuring [1] - 20:22
intake [1] - 50:7
intend [1] - 16:7
intended [2] - 6:5,
54:12
intention [2] - 16:9,
60:2
interested [1] -
68:17
interrupted [1] -
33:4
intervention [1] -
52:21
introduced [2] - 7:4,
33:22
introducing [1] -
16:9
introduction [1] -
31:20
invariably [1] -
19:22

investigation [1] -
17:6
issue [3] - 16:2,
24:22, 45:15
item [9] - 48:21,
48:23, 48:24,
49:1, 49:16,
49:22, 50:6, 51:5,
55:10
Item [2] - 49:9,
50:11

## J

James [1] - 18:3
January [1] - 63:21
JO [2] - 67:22, 68:23
Jo [2] - 1:18, 68:6
jobs [3] - 17:21,
17:25, 22:9
John [1] - 4:8
JOHN [5] - 1:12, 3:3,
4:2, 67:8, 68:9
Jones [1] - 24:5
judgment [2] - 4:12,
15:24
jump [1] - 58:19
jumper [1] - 49:24
June [4] - 3:16, 7:4,
8:2, 26:18

## K

Kansas [1] - 17:24
Keegan [28] - 13:9,
13:11, 27:18,
29:11, 32:5,
32:25, 33:2, 33:7,
34:5, 34:18, 37:2,
37:4, 37:6, 37:11,
38:21, 39:8, 41:2,
41:8, 42:21,
52:13, 52:15,
52:21, 52:25,
63:5, 63:17,
64:10, 65:2, 65:6
Keegan's [2] -
36:24, 37:21
keep [2] - 20:6,
46:16
kind [1] - 14:5
kindly [2] - 14:16,
26:8
knowledge [2] -
15:11, 68:10
known [4] - 23:23,
23:24, 50:14, 57:1
KRIS [1] - 2:9
Kris [3] - 16:8,
47:15, 60:20

## L

labeled [1] - 44:24
lack [7] - 7:22,
30:21, 47:13,
47:24, 58:21,
58:23, 60:11
lady [1] - 66:8
laid [1] - 33:18
large [3] - 49:2,
49:3, 54:1
Large [1] - 68:6
last [3] - 13:9, 23:13,
51:19
late [1] - 7:25
Law [1] - 2:9
law [2] - 4:11, 38:2
lawsuit [2] - 24:21,
39:12
laying [3] - 42:9,
42:11, 56:5
lead [1] - 31:15
leaf [2] - 7:16, 61:4
leak [1] - 29:5
leakage [2] - 58:13,
62:5
leaking [1] - 29:3
least [10] - 7:18,
13:4, 21:25,
24:19, 37:20,
40:12, 44:7, 47:5,
54:24, 59:19
left [2] - 5:2, 14:5
legal [2] - 32:2,
32:11
legible [1] - 6:4
length [2] - 36:10,
52:9
lengthy [2] - 29:21,
53:10
lessening [1] -
28:21
letter [6] - 45:16,
45:19, 61:15,
61:21, 63:8, 64:2
level [1] - 19:12
light [1] - 57:19
limited [2] - 15:18,
15:20
line [2] - 17:7, 54:13
lines [1] - 55:12
list [5] - 29:22,
64:12, 65:2, 65:6,
65:10
listing [11] - 28:16,
29:2, 29:12,
30:24, 31:3, 32:5,
41:3, 52:18,
52:24, 53:9, 63:5
litigation [1] - 15:22
living [1] - 16:25
LLC [6] - 3:17,

17:10, 17:13, 17:14, 17:15, 17:16
**local** [1] - 61:24
**look** [10] - 6:16, 15:14, 15:24, 22:9, 26:14, 34:10, 47:23, 49:1, 53:6, 55:25
**looked** [2] - 29:8, 51:16
**looking** [2] - 7:16, 63:18
**looks** [1] - 30:2
**loose** [4] - 7:16, 60:6, 60:7, 61:4
**loose-leaf** [2] - 7:16, 61:4
**lose** [1] - 42:16
**loses** [1] - 42:13
**loss** [7] - 15:12, 27:10, 31:25, 32:1, 37:19, 42:25, 43:3
**lovely** [1] - 66:8
**low** [1] - 64:20
**lower** [5] - 54:11, 54:18, 58:17

## M

**MA** [1] - 2:6
**machinery** [2] - 15:15, 55:11
**Maintenance** [1] - 58:6
**maintenance** [4] - 30:21, 47:13, 47:25, 58:21
**man** [1] - 60:1
**Mar** [3] - 15:9, 25:15, 47:11
**March** [2] - 47:20, 61:22
**Marina** [2] - 15:9, 25:15
**Marine** [1] - 22:15
**marine** [18] - 17:1, 17:2, 17:17, 17:19, 18:15, 19:3, 20:19, 21:6, 22:1, 22:14, 22:20, 23:14, 36:13, 38:15, 45:6, 49:2, 50:8, 59:21
**mark** [2] - 16:5, 47:16
**Mark** [1] - 16:20
**marked** [9] - 7:9, 9:18, 16:4, 16:11, 16:12, 25:18,

47:19, 60:24, 61:10
**Markel** [3] - 23:7, 23:10, 45:7
**material** [1] - 12:6
**materials** [1] - 25:8
**matter** [3] - 25:2, 36:15, 36:18
**matters** [2] - 24:16, 68:10
**mean** [4] - 6:1, 28:11, 29:7, 56:4
**meant** [4] - 39:4, 46:16, 46:17, 65:23
**mechanical** [1] - 59:9
**member** [2] - 22:12, 23:2
**metal** [1] - 49:4
**method** [1] - 29:8
**Michael** [1] - 18:3
**middle** [1] - 6:10
**might** [6] - 35:3, 35:4, 35:10, 35:13, 39:5, 62:7
**mildew** [1] - 49:11
**mine** [2] - 35:18, 45:7
**missing** [3] - 9:14, 33:20, 49:13
**Missouri** [1] - 18:19
**mistook** [1] - 56:2
**moisture** [1] - 19:15
**moment** [2] - 42:5, 61:6
**month** [2] - 26:21, 26:24
**months** [6] - 13:5, 33:11, 48:3, 54:24, 55:24, 56:8
**moored** [1] - 35:24
**mooring** [2] - 50:15, 50:23
**morning** [2] - 4:9, 37:3
**most** [4] - 45:10, 49:4, 49:12, 66:7
**move** [1] - 32:15
**moving** [1] - 17:24
**MR** [99] - 4:6, 7:10, 7:22, 7:25, 8:7, 8:9, 8:10, 8:11, 8:13, 9:2, 9:4, 9:5, 10:14, 10:15, 11:5, 11:10, 12:21, 12:22, 13:22, 13:24, 14:2, 16:15, 16:17, 16:22, 22:23, 23:1, 28:1, 28:2, 29:24,

29:25, 31:5, 31:6, 31:8, 31:9, 31:12, 31:17, 32:7, 32:9, 32:15, 32:16, 34:21, 34:25, 35:11, 35:12, 37:8, 37:9, 38:7, 38:9, 39:22, 39:25, 40:25, 41:1, 41:5, 41:7, 43:7, 43:9, 44:1, 44:3, 44:21, 45:4, 46:4, 46:6, 46:14, 46:18, 47:15, 47:17, 53:2, 53:4, 53:12, 53:14, 54:16, 54:19, 56:10, 56:12, 56:22, 56:23, 58:2, 58:5, 59:7, 59:12, 60:9, 60:10, 60:19, 60:20, 60:22, 63:11, 63:14, 63:24, 63:25, 64:7, 64:9, 64:23, 64:25, 65:12, 65:14, 65:15, 65:22, 66:14, 66:16
**multiple** [2] - 19:2, 39:23
**must** [1] - 66:11

## N

**name** [10] - 4:7, 4:10, 13:9, 18:2, 18:11, 21:5, 22:5, 22:8, 22:10, 23:19
**named** [3] - 32:25, 45:7, 68:9
**names** [2] - 20:24, 23:4
**NAMS** [1] - 22:16
**National** [1] - 22:15
**Navarre** [2] - 62:23, 63:6
**navigated** [2] - 37:1, 37:2
**navigation** [1] - 51:6
**navy** [1] - 49:17
**necessitating** [1] - 31:20
**need** [6] - 11:5, 31:2, 31:15, 66:12, 66:14, 66:15
**needed** [1] - 27:2
**needs** [2] - 44:17, 60:16
**neglected** [1] -

15:16
**never** [9] - 14:23, 14:25, 15:3, 27:17, 27:20, 27:23, 30:7, 37:6, 38:5
**New** [3] - 38:1, 38:5, 49:2
**next** [3] - 60:23, 62:19, 64:17
**nice** [1] - 26:10
**night** [17] - 27:18, 32:22, 39:11, 40:8, 40:22, 41:21, 47:6, 53:1, 53:6, 57:7, 58:1, 60:17, 63:4, 63:7, 64:4, 64:11
**nine** [1] - 51:11
**NO** [1] - 1:6
**nobody** [1] - 14:10
**nonfunctioning** [3] - 43:20, 45:9, 59:5
**NORTHERN** [1] - 1:1
**Notary** [4] - 1:18, 67:22, 68:6, 68:24
**note** [1] - 27:12
**noted** [4] - 50:12, 50:14, 51:2, 51:22
**notes** [4] - 33:23, 34:19, 34:23, 68:12
**nothing** [2] - 19:1, 25:12
**notice** [2] - 68:7, 68:13
**noticed** [4] - 15:17, 33:20, 34:16, 34:20
**nowhere** [1] - 27:12
**number** [7] - 23:9, 48:8, 48:14, 50:6, 51:19, 53:19, 55:10
**Number** [2] - 48:5, 51:11

## O

**oath** [3] - 21:24, 34:18, 68:11
**OATH** [2] - 3:5, 67:1
**obey** [1] - 5:6
**object** [6] - 8:7, 28:1, 29:24, 31:5, 35:11, 39:22
**Object** [2] - 31:8, 37:8
**Objection** [7] - 31:12, 44:1, 44:21, 53:2,

53:12, 63:11, 64:23
**objection** [16] - 32:7, 34:21, 40:25, 41:5, 43:7, 46:4, 46:14, 54:16, 56:10, 56:22, 58:2, 59:7, 60:9, 60:19, 63:24, 64:7
**objections** [1] - 68:14
**observance** [1] - 52:25
**observation** [1] - 52:25
**observations** [1] - 61:16
**observe** [14] - 32:19, 32:21, 49:7, 49:14, 49:20, 50:1, 50:9, 50:17, 51:9, 51:14, 51:24, 51:25, 55:20, 58:15
**observed** [7] - 36:22, 48:24, 50:2, 55:24, 57:16, 64:10, 64:11
**observes** [1] - 65:2
**obstructed** [1] - 50:7
**obstruction** [1] - 50:10
**obtain** [2] - 19:24, 21:6
**occasion** [9] - 34:10, 37:12, 38:21, 40:13, 40:15, 41:8, 47:5, 53:5, 55:25
**occasions** [2] - 4:18, 24:16
**occurred** [1] - 25:5
**occurs** [1] - 33:14
**OF** [12] - 1:1, 1:12, 3:1, 3:5, 3:6, 3:12, 67:1, 67:3, 67:4, 68:1, 68:3, 68:4
**offense** [1] - 7:2
**office** [3] - 43:25, 61:24, 66:3
**official** [2] - 67:11, 68:18
**oil** [4] - 55:23, 56:1, 56:3, 56:4
**old** [1] - 45:7
**once** [1] - 37:5
**one** [24] - 6:9, 9:17, 20:8, 20:9, 22:18, 24:19, 24:20,

33:20, 37:12, 40:12, 43:24, 44:8, 45:2, 47:5, 48:5, 48:8, 48:14, 48:20, 48:21, 48:23, 48:24, 53:19, 60:25, 63:9
**operable** [1] - 58:25
**operated** [5] - 37:5, 37:6, 37:12, 37:22, 38:12
**operating** [3] - 39:24, 44:8, 57:1
**operation** [1] - 24:6
**operational** [1] - 39:8
**opinion** [8] - 15:14, 27:25, 29:10, 58:10, 59:20, 61:15, 63:12, 63:15
**opportunity** [2] - 24:7, 65:16
**opposed** [1] - 35:10
**Orange** [1] - 20:11
**order** [4] - 5:4, 19:24, 25:8, 57:1
**organization** [2] - 22:13, 22:22
**original** [1] - 29:22
**Orleans** [3] - 38:1, 38:5, 49:3
**outlet** [1] - 42:17
**output** [1] - 42:12
**outside** [3] - 11:8, 19:1, 26:4
**overcame** [1] - 31:23
**overnight** [1] - 36:14
**oversight** [1] - 7:23
**owner** [1] - 19:23
**owns** [1] - 18:7
**oysters** [6] - 36:8, 38:1, 38:3, 38:6, 49:2, 49:3

## P

**P.A** [1] - 2:9
**packing** [1] - 58:17
**Page** [3] - 47:10, 47:23, 52:3
**PAGE** [2] - 3:2, 3:13
**page** [9] - 6:21, 7:1, 8:2, 8:20, 9:18, 11:1, 13:16, 15:17, 35:21
**pager** [1] - 25:18
**pages** [2] - 26:15, 26:25
**paid** [1] - 21:14

**paint** [8] - 53:20, 53:22, 54:1, 54:4, 54:7, 54:13, 55:2, 55:5
**pal** [1] - 41:24
**paragraph** [5] - 48:14, 48:20, 62:4, 62:19, 64:17
**paraphrase** [1] - 41:25
**Paraphrasing** [1] - 42:1
**parasail** [1] - 24:5
**Parkway** [1] - 2:10
**parse** [1] - 46:1
**part** [3] - 14:20, 19:5, 27:14
**Partial** [1] - 50:10
**partially** [3] - 38:19, 51:12, 58:25
**parties** [2] - 28:14, 68:16
**passed** [1] - 14:16
**pay** [3] - 20:19, 20:23, 22:2
**pays** [3] - 20:15, 21:7, 21:10
**pending** [1] - 6:11
**penetration** [1] - 28:19
**PENSACOLA** [1] - 1:2
**Pensacola** [5] - 1:16, 20:11, 62:22, 62:23, 68:8
**people** [1] - 66:7
**per** [1] - 5:22
**perfection** [1] - 45:1
**perform** [4] - 11:1, 19:2, 20:12, 40:1
**performed** [4] - 10:25, 26:21, 58:8, 59:11
**performing** [2] - 19:6, 22:3
**perhaps** [1] - 4:21
**period** [27] - 15:13, 29:14, 29:16, 29:18, 29:21, 30:25, 31:4, 31:20, 32:4, 35:25, 36:1, 36:3, 38:12, 52:5, 52:8, 53:10, 54:21, 54:22, 54:23, 55:5, 55:15, 56:15, 56:19, 59:16, 62:12, 62:15, 64:19
**periodic** [1] - 20:4
**person** [1] - 68:9
**personal** [1] - 24:5

**personally** [1] - 67:8
**photo** [3] - 12:23, 33:6, 33:19
**photograph** [6] - 9:25, 10:1, 13:2, 13:6, 25:25, 55:18
**photographs** [16] - 8:4, 8:21, 9:12, 10:11, 10:22, 11:3, 11:15, 12:5, 13:11, 13:19, 14:10, 28:13, 28:15, 35:19, 36:6, 57:23
**Photos** [3] - 12:10, 12:14, 12:16
**photos** [10] - 7:11, 7:23, 8:8, 8:9, 8:10, 8:12, 8:14, 11:7, 11:20, 12:13
**physical** [1] - 33:16
**physically** [1] - 18:8
**picked** [1] - 36:4
**piling** [1] - 51:3
**pinpoint** [1] - 62:18
**piston** [1] - 51:13
**pitting** [1] - 57:19
**place** [6] - 25:14, 29:1, 29:9, 48:3, 49:18, 52:2
**placed** [3] - 28:10, 31:16, 51:16
**places** [1] - 49:11
**Plaintiff** [2] - 1:5, 1:14
**plaintiff** [1] - 4:12
**PLAINTIFF** [1] - 2:3
**Plaintiff's** [2] - 7:8, 16:20
**PLAINTIFF'S** [1] - 3:15
**planes** [1] - 49:5
**platform** [4] - 13:3, 50:11, 50:13, 51:3
**playing** [1] - 48:18
**pleading** [1] - 16:16
**pleadings** [1] - 13:19
**plumbing** [1] - 19:15
**PNS** [1] - 62:22
**policy** [4] - 44:23, 45:15, 45:20, 46:3
**port** [7] - 51:19, 52:1, 58:24, 59:23, 59:25, 60:3, 60:5
**portion** [2] - 50:20, 55:17
**ports** [2] - 58:12, 58:14
**position** [2] - 28:15, 42:24

**positive** [1] - 57:19
**possibilities** [1] - 62:9
**possible** [3] - 28:8, 39:10, 56:7
**power** [5] - 40:4, 40:6, 42:13, 42:16, 42:25
**practice** [1] - 16:10
**premises** [1] - 25:15
**prepare** [1] - 26:24
**prepared** [2] - 34:13, 34:14
**prepurchase** [1] - 44:7
**PRESENT** [1] - 2:13
**previous** [1] - 64:20
**previously** [4] - 8:3, 16:11, 16:12, 60:24
**print** [1] - 14:19
**privilege** [1] - 66:5
**privileged** [1] - 21:22
**problem** [3] - 42:1, 47:7, 60:17
**problematic** [2] - 59:19, 60:16
**produce** [1] - 7:13
**produced** [4] - 6:23, 6:25, 7:6, 7:19
**production** [2] - 7:14, 7:22
**profession** [1] - 17:20
**professional** [1] - 22:12
**professionalism** [1] - 66:8
**PROGRESSIVE** [1] - 1:3
**Progressive** [5] - 4:13, 33:23, 34:6, 35:9, 61:24
**Progressive's** [1] - 44:23
**prompt** [1] - 5:23
**pronunciation** [2] - 38:2, 49:3
**propellers** [1] - 49:5
**proper** [1] - 5:5
**properly** [3] - 39:5, 39:11, 58:8
**prospective** [1] - 17:5
**protocol** [2] - 5:4, 66:1
**provide** [3] - 8:21, 10:16, 25:24
**provided** [7] - 7:6, 12:19, 25:7,

26:11, 27:24, 28:14, 33:6
**proximate** [4] - 31:25, 32:11, 32:13, 43:2
**Public** [4] - 1:18, 67:22, 68:6, 68:24
**pulley** [2] - 51:22, 52:1
**pulling** [1] - 54:5
**pump** [41] - 31:2, 31:21, 32:18, 32:21, 33:11, 33:16, 38:22, 38:23, 39:24, 40:7, 41:9, 41:12, 42:7, 42:8, 42:10, 42:13, 42:16, 42:23, 43:5, 43:10, 43:11, 43:15, 43:17, 43:20, 44:8, 44:15, 45:1, 45:2, 45:9, 46:15, 46:16, 46:20, 46:25, 47:7, 52:15, 58:3, 59:5, 60:16, 64:4, 65:7
**pumped** [1] - 42:8
**pumping** [2] - 42:14, 43:15
**pumps** [15] - 39:5, 39:11, 39:18, 39:21, 39:23, 40:13, 41:3, 43:1, 43:2, 43:6, 43:13, 44:6, 56:25, 58:7, 59:20
**punctuation** [1] - 65:25
**purpose** [1] - 15:10
**pursuant** [2] - 61:23, 68:7
**put** [4] - 8:24, 14:3, 30:7, 41:9
**Put** [1] - 16:23

## Q

**quasi** [1] - 41:21
**questions** [9] - 4:24, 4:25, 5:5, 24:1, 48:17, 61:7, 65:13, 65:14, 68:14
**quick** [1] - 11:13
**quite** [2] - 17:7, 55:22

## R

**rain** [10] - 29:6, 29:7, 29:9, 62:24, 63:1,

63:6, 63:9, 63:13, 63:22, 64:19
**rained** [1] - 59:17
**rainfall** [1] - 62:2
**rains** [2] - 59:14, 59:15
**rarely** [1] - 19:21
**rather** [2] - 15:18, 30:12
**reach** [4] - 27:13, 27:20, 28:12, 32:12
**read** [14] - 34:1, 34:9, 36:23, 37:2, 39:3, 40:18, 40:20, 40:21, 61:6, 61:9, 65:16, 66:4, 66:12, 66:14
**reading** [3] - 55:2, 61:8, 68:13
**ready** [1] - 66:4
**really** [1] - 36:11
**rear** [1] - 36:25
**reason** [6] - 5:13, 6:7, 15:19, 30:24, 40:21, 62:14
**reasons** [2] - 52:12, 53:16
**recently** [1] - 30:9
**record** [11] - 7:15, 8:1, 10:3, 13:1, 14:7, 14:15, 38:7, 38:8, 61:21, 66:11, 66:17
**recorded** [2] - 34:7, 35:9
**records** [1] - 26:5
**reduced** [1] - 68:11
**refer** [1] - 16:11
**reference** [1] - 11:13
**referred** [1] - 38:13
**referring** [4] - 7:1, 7:3, 17:9, 38:25
**reflect** [5] - 7:15, 8:1, 13:1, 14:15, 66:17
**reflects** [1] - 62:21
**refrigerator** [2] - 49:23, 50:3
**regarding** [2] - 15:12, 62:1
**regardless** [1] - 57:24
**reinsurance** [1] - 19:13
**rejects** [1] - 46:3
**relate** [1] - 48:11
**related** [4] - 47:13, 48:9, 48:10, 68:15
**relative** [1] - 68:17
**rely** [1] - 28:12
**relying** [1] - 28:13

**remember** [7] - 16:13, 22:10, 23:10, 25:1, 37:13, 65:24, 66:1
**remove** [1] - 46:17
**removed** [2] - 50:2, 51:13
**render** [1] - 15:14
**repair** [2] - 17:6, 45:12
**repaired** [5] - 39:7, 40:15, 44:17, 45:2, 57:4
**repairs** [2] - 17:7, 59:11
**repetitive** [1] - 57:25
**replaced** [1] - 51:8
**replacing** [1] - 48:15
**report** [12] - 6:21, 7:3, 8:6, 25:19, 30:19, 35:19, 35:22, 39:1, 44:11, 44:12, 47:20
**Report** [1] - 3:16
**reported** [1] - 38:19
**reportedly** [1] - 35:24
**reporter** [3] - 5:2, 22:25, 66:9
**Reporter** [4] - 1:18, 67:22, 68:6, 68:24
**REPORTER** [2] - 3:6, 68:11
**reporter's** [1] - 66:2
**Reporting** [2] - 1:15, 68:8
**represent** [1] - 4:11
**represented** [3] - 13:14, 14:7, 26:9
**representing** [2] - 9:8, 11:14
**request** [3] - 61:24, 62:20, 65:16
**requested** [2] - 61:25, 65:18
**requests** [1] - 65:17
**reserved** [1] - 68:14
**resort** [1] - 38:22
**result** [1] - 31:15
**resulted** [5] - 28:23, 28:25, 52:10, 60:12, 64:20
**resulting** [1] - 65:6
**revealed** [1] - 58:13
**reveals** [2] - 57:11, 62:4
**Richard** [1] - 4:8
**RICHARD** [5] - 1:12, 3:3, 4:2, 67:8, 68:9

**rise** [3] - 39:20, 40:23, 57:7
**risk** [4] - 59:23, 59:25, 60:3, 60:5
**ROBERT** [2] - 1:7, 2:14
**rope** [1] - 49:25
**rotted** [1] - 49:11
**roughly** [2] - 24:2, 24:11
**rudder** [4] - 29:3, 58:12, 58:14, 58:17
**rudders** [1] - 49:5
**rules** [1] - 6:5
**running** [3] - 19:17, 36:13, 38:13

# S

**SAMS** [4] - 22:21, 22:25, 23:2
**sank** [4] - 27:13, 27:25, 28:9, 30:21
**satisfaction** [1] - 45:1
**saw** [5] - 33:11, 33:17, 34:23, 52:14, 64:15
**scene** [1] - 13:4
**schedule** [1] - 27:1
**scheduling** [1] - 26:4
**Schiehl** [12] - 3:16, 4:8, 7:17, 8:5, 12:10, 12:12, 14:5, 17:10, 17:13, 17:17, 18:3, 18:13
**SCHIEHL** [5] - 1:12, 3:3, 4:2, 67:8, 68:9
**school** [2] - 17:22, 38:2
**Scope** [1] - 27:8
**scope** [7] - 15:4, 15:6, 15:20, 17:7, 19:1, 27:14, 40:2
**seal** [2] - 67:11, 68:18
**seat** [1] - 49:12
**seated** [2] - 5:1, 5:2
**seawater** [4] - 50:7, 62:5, 62:7, 62:10
**seaworthiness** [1] - 44:19
**seaworthy** [12] - 43:19, 43:22, 44:22, 44:25, 45:22, 46:2, 59:1, 59:3, 59:4, 59:5, 59:20, 59:22

**second** [1] - 65:1
**Section** [1] - 12:7
**security** [1] - 14:18
**see** [14] - 29:8, 32:6, 33:7, 33:16, 35:1, 36:6, 38:12, 38:15, 40:7, 43:24, 45:3, 47:25, 48:20, 63:2
**seem** [1] - 34:16
**sees** [2] - 52:16, 65:6
**self** [1] - 59:23
**self-imposed** [1] - 59:23
**send** [1] - 14:21
**sense** [1] - 37:24
**sent** [1] - 61:21
**separate** [4] - 11:11, 11:12, 18:9, 47:23
**seriously** [1] - 42:5
**serpentine** [3] - 51:20, 51:21, 52:2
**sessions** [1] - 19:3
**set** [1] - 68:18
**seven** [1] - 50:11
**several** [3] - 13:4, 20:3, 50:12
**Seville** [2] - 1:15, 68:8
**shafts** [1] - 49:5
**shake** [1] - 5:17
**shortly** [2] - 25:3, 37:15
**shoulders** [1] - 5:18
**show** [3] - 55:12, 55:18, 57:23
**shrug** [1] - 5:18
**side** [1] - 28:18
**sign** [1] - 66:13
**Significant** [1] - 49:1
**signing** [1] - 68:13
**simply** [1] - 6:3
**single** [2] - 25:24, 62:18
**sink** [1] - 42:24
**Sinking** [1] - 12:16
**sinking** [7] - 13:12, 28:23, 31:15, 47:6, 47:12, 54:10, 54:11
**sinks** [3] - 46:19, 46:20, 46:23
**siphon** [1] - 28:9
**sister** [1] - 21:1
**sit** [2] - 27:23, 59:13
**sitting** [2] - 46:12, 54:18
**situated** [1] - 59:16
**situation** [2] - 48:13,

48:19
**six** [2] - 50:6
**skip** [1] - 62:3
**slime** [6] - 55:13, 55:20, 55:24, 56:2, 56:8, 56:13
**slow** [1] - 32:3
**slowly** [1] - 53:9
**snooze** [1] - 41:20
**Society** [1] - 22:21
**someone** [2] - 13:5, 39:18
**sometime** [2] - 41:12, 41:15
**sorry** [4] - 22:8, 33:5, 57:25, 66:16
**source** [4] - 62:1, 62:6, 62:14, 62:18
**South** [3] - 1:15, 17:25, 68:8
**space** [2] - 15:15, 55:11
**speaking** [2] - 5:11
**split** [1] - 49:11
**sporadically** [1] - 17:25
**stain** [1] - 55:12
**staining** [2] - 53:21, 55:3
**stains** [2] - 53:25, 55:11
**standing** [1] - 55:14
**starboard** [2] - 28:17, 28:18
**start** [1] - 48:18
**started** [1] - 17:21
**STATE** [2] - 67:3, 68:3
**state** [5] - 4:7, 57:14, 57:16, 60:16, 62:3
**State** [1] - 68:6
**statement** [2] - 50:19, 50:20
**STATES** [1] - 1:1
**states** [4] - 31:22, 49:9, 49:16, 63:8
**stenotype** [1] - 68:12
**Stephen** [1] - 4:10
**stern** [2] - 53:20, 58:13
**STEVEN** [1] - 2:4
**still** [6] - 18:6, 18:7, 18:8, 26:5, 49:18, 59:20
**stipulation** [1] - 68:13
**stored** [1] - 50:3
**stories** [1] - 35:8
**Street** [3] - 1:16, 2:5,

68:8
**street** [1] - 5:19
**stress** [1] - 51:2
**strike** [1] - 32:15
**stringers** [1] - 19:16
**structure** [1] - 19:14
**struts** [1] - 49:5
**stuff** [1] - 38:1
**subject** [7] - 35:23,
39:12, 40:17,
45:15, 47:10,
58:20, 62:24
**submerged** [6] -
33:19, 38:19,
52:13, 52:15,
52:21, 55:5
**submersion** [2] -
52:10, 60:12
**submitted** [1] - 11:1
**subsequently** [1] -
39:8
**subsidiaries** [1] -
20:9
**substance** [1] -
25:19
**subtle** [2] - 34:17
**suggests** [1] - 52:4
**suit** [1] - 40:17
**Suite** [3] - 1:16, 2:5,
68:8
**sum** [1] - 25:19
**sump** [26] - 28:9,
31:2, 31:16,
31:21, 32:1,
32:18, 32:21,
33:8, 33:17,
38:22, 41:9,
41:12, 42:7, 42:8,
42:9, 42:10,
42:13, 42:16,
42:23, 43:5,
43:10, 43:11,
52:15, 60:16, 65:7
**sunk** [3] - 27:19,
41:21, 41:22
**supervision** [1] -
68:11
**support** [1] - 53:16
**surfaces** [2] - 48:6,
49:4
**survey** [10] - 19:10,
19:11, 19:12,
19:21, 20:12,
20:16, 22:3,
30:10, 57:22,
57:23
**surveyed** [1] - 47:10
**surveying** [3] -
17:18, 17:20, 19:3
**surveyor** [8] - 17:1,
17:3, 18:15,
22:14, 22:21,

46:9, 46:11, 59:21
**Surveyors** [2] -
22:15, 22:21
**surveyors** [1] -
32:14
**surveys** [5] - 19:7,
20:19, 20:23,
21:7, 44:7
**suspect** [1] - 64:18
**swim** [2] - 50:11,
51:2
**sworn** [3] - 4:4,
67:9, 68:9
**systems** [2] - 19:15,
19:18

# T

**tab** [1] - 49:5
**Table** [8] - 7:20,
9:13, 9:18, 12:8,
13:16, 13:23,
13:25, 26:11
**talks** [1] - 56:15
**Tarragona** [2] -
1:15, 68:8
**task** [1] - 10:25
**Technology** [1] -
18:19
**technology** [1] -
18:22
**ten** [2] - 43:24,
47:23
**term** [1] - 60:6
**termed** [1] - 13:16
**terminals** [3] -
57:11, 57:12,
57:19
**termination** [1] -
44:23
**terms** [2] - 46:1,
48:22
**testified** [2] - 4:4,
38:21
**testify** [1] - 68:9
**testimony** [3] -
40:14, 41:16,
68:12
**THE** [7] - 2:3, 2:8,
11:7, 65:21,
66:12, 66:15,
66:19
**thereupon** [1] -
68:10
**they've** [1] - 47:7
**thick** [5] - 7:18, 9:9,
9:17, 26:8, 33:21
**thingy** [1] - 14:17
**third** [1] - 44:6
**thoughtful** [1] - 14:6
**thousand** [1] - 43:24
**thousands** [1] - 47:4

**three** [5] - 49:9,
51:21, 53:16,
55:10, 57:11
**through-hull** [1] -
49:6
**thumb** [14] - 8:25,
9:6, 9:9, 9:16,
9:23, 10:1, 11:22,
11:23, 12:6,
12:24, 13:15,
14:13, 14:16,
26:10
**tied** [4] - 36:10,
36:25, 37:21,
38:11
**to-wit** [1] - 68:9
**today** [6] - 7:17,
16:10, 16:19,
21:24, 24:24,
27:23
**tonight** [1] - 14:19
**took** [13] - 8:23,
12:16, 12:18,
13:5, 13:8, 13:11,
25:14, 28:15,
29:11, 29:12,
29:22, 48:3, 52:5
**top** [9] - 12:23, 13:1,
13:5, 14:17, 20:6,
22:10, 49:17,
52:3, 61:3
**touching** [1] - 68:10
**track** [1] - 20:13
**training** [1] - 19:3
**transcript** [3] - 6:4,
65:16, 66:3
**transcription** [1] -
68:12
**transcripts** [2] -
6:19, 34:11
**trapped** [1] - 28:22
**trial** [1] - 68:14
**trim** [1] - 49:5
**tripped** [1] - 42:17
**truly** [1] - 61:22
**trust** [1] - 66:7
**truth** [2] - 21:16,
68:9
**try** [1] - 14:19
**trying** [1] - 20:25
**Tuesday** [1] - 1:16
**tugs** [1] - 17:23
**Tulane** [1] - 38:2
**turned** [2] - 37:1,
37:7
**two** [23] - 4:19, 6:21,
7:1, 7:18, 8:2,
8:20, 9:9, 9:17,
11:1, 15:17, 23:3,
25:18, 26:8,
26:15, 26:25,
29:19, 33:10,

33:21, 48:3, 49:1,
53:25, 55:24, 56:8
**two-inch** [4] - 9:9,
9:17, 26:8, 33:21
**two-page** [6] - 6:21,
7:1, 8:2, 8:20,
11:1, 15:17
**two-pager** [1] -
25:18
**type** [1] - 27:24
**typed** [2] - 65:18,
65:19
**typewritten** [1] -
68:11
**typically** [3] - 20:6,
45:21, 54:18
**typing** [1] - 66:10

# U

**uncommon** [2] -
29:4, 44:5
**under** [11] - 11:11,
11:12, 11:15,
11:16, 12:1, 12:5,
13:3, 21:24,
34:18, 44:24,
68:11
**Underground** [1] -
62:21
**undersigned** [1] -
67:7
**underwater** [1] -
49:4
**underwriter** [6] -
44:11, 44:13,
44:15, 44:18,
46:3, 46:7
**undisclosed** [1] -
8:4
**unique** [2] - 21:17,
21:25
**unit** [1] - 49:24
**UNITED** [1] - 1:1
**unless** [2] - 16:13,
45:3
**unproduced** [1] -
8:4
**unrepaired** [1] -
50:12
**unseaworthy** [2] -
47:1, 59:10
**up** [19] - 17:7, 17:25,
32:17, 33:18,
36:4, 36:10,
36:25, 37:21,
38:5, 38:11, 40:6,
41:20, 41:25,
42:7, 56:8, 63:21,
65:18, 65:19,
66:10
**upholstery** [2] -

48:16, 49:10
**usage** [2] - 58:21,
58:23

# V

**valuation** [1] - 19:7
**value** [1] - 19:11
**verbal** [1] - 5:16
**verbally** [2] - 28:6,
30:5
**version** [1] - 35:8
**Vessel** [1] - 12:14
**vessel** [74] - 13:2,
19:14, 19:23,
25:10, 27:9,
27:13, 27:19,
27:25, 28:16,
29:2, 30:21,
30:23, 31:3,
31:24, 32:5,
33:19, 35:22,
35:23, 36:7, 36:8,
36:24, 37:5, 37:6,
37:12, 37:16,
37:21, 38:10,
38:18, 38:24,
41:3, 41:21,
42:24, 43:19,
44:14, 45:8,
45:22, 46:2,
46:19, 46:23,
47:10, 49:22,
51:5, 52:4, 52:5,
52:15, 53:19,
53:21, 54:5, 54:9,
54:10, 55:25,
56:24, 58:20,
58:25, 59:5,
59:15, 59:18,
59:25, 60:3, 60:4,
60:12, 60:15,
62:2, 62:5, 63:5,
63:18, 64:3,
64:12, 64:18,
64:20, 65:2, 65:3,
65:6
**vessel's** [3] - 39:18,
40:7, 57:3
**vessels** [4] - 17:4,
17:23, 20:20, 22:3
**vs** [1] - 1:6

# W

**waived** [3] - 66:7,
66:17, 68:13
**wakes** [1] - 41:20
**wants** [1] - 44:18
**warranty** [1] - 44:19
**water** [45] - 13:3,
28:19, 28:22,
29:1, 29:11,

29:12, 29:22,
30:25, 31:3,
31:14, 31:19,
31:23, 32:4,
36:12, 38:23,
42:14, 42:15,
43:12, 43:14,
46:17, 46:21,
46:23, 52:5,
52:20, 53:11,
53:23, 54:11,
54:17, 54:20,
55:7, 55:14,
55:22, 56:19,
59:14, 59:17,
62:1, 62:11,
62:14, 62:18,
62:24, 63:9,
63:22, 64:5,
64:18, 64:21
**waterline** [1] - 36:8
**Waterline** [1] - 12:12
**waterlines** [5] -
11:8, 28:16,
28:18, 29:15,
55:18
**weakening** [2] -
50:16, 51:1
**Weather** [1] - 62:20
**website** [1] - 62:21
**WEBSTER** [2] - 1:7,
2:14
**Webster** [6] - 5:1,
6:3, 34:5, 34:18,
41:24, 48:15
**week** [1] - 23:15
**weeks** [2] - 36:19,
54:24
**weep** [1] - 29:5
**welcome** [2] - 9:1,
66:19
**whereas** [1] - 16:7
**WHEREOF** [1] -
68:18
**WHEREUPON** [1] -
4:1
**white** [1] - 55:12
**whole** [1] - 26:21
**willing** [1] - 14:20
**wiped** [1] - 56:8
**wit** [1] - 68:9
**WITNESS** [7] - 11:7,
65:21, 66:12,
66:15, 66:19,
67:11, 68:18
**witness** [8] - 4:3,
8:11, 14:15,
55:18, 61:8,
66:17, 68:12,
68:13
**witnessed** [1] -
35:20

**wood** [1] - 51:8
**word** [1] - 54:10
**writing** [2] - 7:5,
30:7

## Y

**year** [5] - 22:10,
36:5, 37:18,
37:20, 62:25
**years** [5] - 20:12,
20:13, 23:3, 24:2,
24:10
**yesterday** [1] - 34:9
**yourself** [1] - 26:3